# EXHIBIT A

| Title | Date of Publication Stated in Notice | Terminated Grant as Stated in Notice | Date Notice was Served | Date of Recordation with USCO | USCO Recorded Document Number | Effective Date of Termination Stated in Notice |
|---|---|---|---|---|---|---|
| 44-22-38 | 6-Sep-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| ANDROGYNOUS VIEW | 6-Sep-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| BIG PUMP, THE | 12-Oct-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| BODY JACKIN' | 15-Jul-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| BY WAY OF THE DRUM | 15-Aug-1989 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| COOL JOE | 18-Apr-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| COOL JOE | 18-Apr-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |

| Title | Date of Publication Stated in Notice | Terminated Grant as Stated in Notice | Date Notice was Served | Date of Recordation with USCO | USCO Recorded Document Number | Effective Date of Termination Stated in Notice |
|---|---|---|---|---|---|---|
| DISSINFORDOLLARS | 6-Apr-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| DISSINFORDOLLARS | 6-Apr-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| DO FRIES GO WITH THAT SHAKE? | 5-Mar-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| DO FRIES GO WITH THAT SHAKE? | 5-Mar-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| ELECTRIC PYGMIES | 18-Apr-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| ELECTRIC PYGMIES | 18-Apr-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| FLAG WAS STILL THERE, THE | 12-Oct-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |

| Title | Date of Publication Stated in Notice | Terminated Grant as Stated in Notice | Date Notice was Served | Date of Recordation with USCO | USCO Recorded Document Number | Effective Date of Termination Stated in Notice |
|---|---|---|---|---|---|---|
| FLEX | 6-Apr-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| FLEX | 6-Apr-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| FONKIN' WITH A SERIOUS O | 1-Jun-1990 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| FRENCH KISS | 25-Jul-1989 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| GET SATISFIED | 12-Oct-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| HE DANCE FUNNY | 17-Oct-1989 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| HEY GOOD LOOKIN' | 18-Apr-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |

| Title | Date of Publication Stated in Notice | Terminated Grant as Stated in Notice | Date Notice was Served | Date of Recordation with USCO | USCO Recorded Document Number | Effective Date of Termination Stated in Notice |
|---|---|---|---|---|---|---|
| HEY GOOD LOOKIN' | 18-Apr-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| HIGH IN MY HELLO | 12-Oct-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| HOORAY | 17-Oct-1989 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| HOT SAUCE | 13-Apr-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| IF TRUE LOVE | 12-Oct-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| JACK OF ALL TRADES | 6-Sep-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| KICKBACK | 12-Oct-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |

| Title | Date of Publication Stated in Notice | Terminated Grant as Stated in Notice | Date Notice was Served | Date of Recordation with USCO | USCO Recorded Document Number | Effective Date of Termination Stated in Notice |
|---|---|---|---|---|---|---|
| KREDIT KARD AKA CREDIT CARD | 25-Jul-1989 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| LEAKIN' | 8-Sep-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| LOVE SONG | 8-Sep-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| MANOPENER | 17-Oct-1989 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| MARTIAL LAW (HEY MAN...SMELL MY FINGER) | 12-Oct-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| MAXIMUMISNESS | 12-Oct-1994 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| MIXMASTER SUITE AKA MIX-MASTER SUITE | 18-Apr-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |

| Title | Date of Publication Stated in Notice | Terminated Grant as Stated in Notice | Date Notice was Served | Date of Recordation with USCO | USCO Recorded Document Number | Effective Date of Termination Stated in Notice |
|---|---|---|---|---|---|---|
| MIXMASTER SUITE AKA MIX-MASTER SUITE | 18-Apr-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| NICE | 17-Oct-1989 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| ONLY THE LONELY/GOOD GIRL | 12-Feb-1991 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| R & B SKELETONS (IN THE CLOSET) | 18-Apr-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| R & B SKELETONS (IN THE CLOSET) | 18-Apr-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| R & B SKELETONS (IN THE CLOSET) | 18-Apr-1986 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| RITA BEWITCHED | 25-Jul-1989 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |

| Title | Date of Publication Stated in Notice | Terminated Grant as Stated in Notice | Date Notice was Served | Date of Recordation with USCO | USCO Recorded Document Number | Effective Date of Termination Stated in Notice |
|---|---|---|---|---|---|---|
| SALSA PICANTE | 13-Apr-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| SOMETHING DUMB | 8-Aug-1989 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| SOMETHING DUMB | 15-Aug-1989 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| STILL TIGHT | 6-Sep-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| STOMP | 29-Apr-1994 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| STORYTELLER | 6-Sep-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| SUBLIMINAL SEDUCTION (FUNK-ME DIRTY) | 1-Sep-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |

| Title | Date of Publication Stated in Notice | Terminated Grant as Stated in Notice | Date Notice was Served | Date of Recordation with USCO | USCO Recorded Document Number | Effective Date of Termination Stated in Notice |
|---|---|---|---|---|---|---|
| SUBLIMINAL SEDUCTION (FUNK-ME DIRTY) | 8-Sep-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| TIME WAS (EVENTS IN THE ELSEWHERE) | 6-Apr-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| TIME WAS (EVENTS IN THE ELSEWHERE) | 6-Apr-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| TWEAKIN' | 25-Jul-1989 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| UNDER A NOUVEAU GROOVE | 7-Nov-1989 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| WAY UP | 12-Oct-1993 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| WE CAN FUNK | 21-Aug-1990 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WE CAN FUNK | 25-Oct-1990 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |
| WHAT IF THE GIRL SAYS YES? | 6-Sep-1988 | Agreement dated April 4, 1985 between Bridgeport Music, Inc. and George Clinton | 28-Feb-2024 | 18-Mar-2024 | V9998D490 | 1-Mar-2026 |