**VIA FIRST-CLASS CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

July 9, 2024

Westbound Records, Inc.
4301 Orchard Lake Road, Ste. 180-239
West Bloomfield, MI 48323
Attn: Armen Boladian

Westbound Records, Inc.
7267 Danbrook, Ste. 180-239
West Bloomfield, MI 48322
Attn: Armen Boladian

## RE: NOTICE OF TERMINATION UNDER 17 U.S.C. § 304(c)

Dear Sir or Madam:

Pursuant to 17 U.S.C. Section 304(c), notice of termination of the grant of the transfer or license of copyright and of any rights under copyright with respect to the George Edward Clinton p/k/a George Clinton ("George Clinton") interest in the works listed below is hereby served. This notice is being served on the grantee or the grantee's successor in title whose rights are being terminated at each of the addresses identified below.

| | |
|---|---|
| Name and Address of Each Grantee, or the Grantee's Successor in Title, Whose Rights are Being Terminated: | Westbound Records, Inc. 4301 Orchard Lake Road, Ste. 180-239 West Bloomfield, MI 48323 Attn: Armen Boladian |
| | Westbound Records, Inc. 7267 Danbrook, Ste. 180-239 West Bloomfield, MI 48322 Attn: Armen Boladian |
| Title of Work: | See Schedule A |
| Name of At Least One Author: | George Clinton |
| Date Copyright Was Originally Secured: | See Schedule A |
| Original Copyright Registration Number: | See Schedule A |

# EXHIBIT B

| | |
|---|---|
| Brief Statement Reasonably Identifying the Grant(s) To Which the Notice of Termination Applies: | All exclusive or nonexclusive grants of transfer or license of copyright, of any rights under copyright and all rights of copyright proprietor, including without limitation all distribution, publication, recording and performance rights, in and to the sound recordings listed on Schedule A annexed hereto. |
| Effective Date of Termination: | See Schedule A |
| Name and Address of Each Person Terminating the Grant: | George Clinton<br>c/o Alter, Kendrick & Baron, LLP<br>156 Fifth Avenue, Suite 600<br>New York, NY 10010 |

*[SIGNATURE PAGE TO FOLLOW]*

Signature:

_____
C. Katherine Baron, Attorney-in-Fact
and duly authorized agent for
George Clinton
c/o Alter, Kendrick & Baron, LLP
156 Fifth Avenue, Suite 600
New York, NY 10010

**SCHEDULE A**

| WORK TITLE | ALBUM TITLE | ORIGINAL COPYRIGHT REGISTRATION NUMBER | DATE COPYRIGHT WAS ORIGINALLY SECURED | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|
| A JOYFUL PROCESS | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| AMERICA EATS ITS YOUNG | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| BALANCE | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| BIOLOGICAL SPECULATION | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| EVERYBODY IS GOING TO MAKE IT THIS TIME | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| IF YOU DON'T LIKE THE EFFECTS, DON'T PRODUCE THE CAUSE | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| LOOSE BOOTY | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| MISS LUCIFER'S LOVE | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| PHILMORE | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| PUSSY | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| THAT WAS MY GIRL | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| WAKE UP | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| WE HURT TOO | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |

| WORK TITLE | ALBUM TITLE | ORIGINAL COPYRIGHT REGISTRATION NUMBER | DATE COPYRIGHT WAS ORIGINALLY SECURED | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|
| YOU HIT THE NAIL ON THE HEAD | *America Eats Its Young* | | 1-Dec-1972 | 2-Dec-2028 |
| CAN'T STAND THE STRAIN | *Cosmic Slop* | | 17-Jun-1973 | 18-Jun-2029 |
| COSMIC SLOP | *Cosmic Slop* | | 17-Jun-1973 | 18-Jun-2029 |
| LET'S MAKE IT LAST | *Cosmic Slop* | | 17-Jun-1973 | 18-Jun-2029 |
| MARCH TO THE WITCH'S CASTLE | *Cosmic Slop* | | 17-Jun-1973 | 18-Jun-2029 |
| NAPPY DUGOUT | *Cosmic Slop* | | 17-Jun-1973 | 18-Jun-2029 |
| NO COMPUTE | *Cosmic Slop* | | 17-Jun-1973 | 18-Jun-2029 |
| THIS BROKEN HEART | *Cosmic Slop* | | 17-Jun-1973 | 18-Jun-2029 |
| TRASH A-GO-GO | *Cosmic Slop* | | 17-Jun-1973 | 18-Jun-2029 |
| YOU CAN'T MISS WHAT YOU CAN'T MEASURE | *Cosmic Slop* | | 17-Jun-1973 | 18-Jun-2029 |
| ALICE IN MY FANTASIES | *Standing on the Verge of Getting It On* | | 15-Sep-1974 | 16-Sep-2030 |
| GOOD THOUGHTS, BAD THOUGHTS | *Standing on the Verge of Getting It On* | | 15-Sep-1974 | 16-Sep-2030 |
| I'LL STAY | *Standing on the Verge of Getting It On* | | 15-Sep-1974 | 16-Sep-2030 |
| JIMMY'S GOT A LITTLE BIT OF BITCH IN HIM | *Standing on the Verge of Getting It On* | | 15-Sep-1974 | 16-Sep-2030 |
| RED HOT MAMA AKA RED HOT MOMMA AKA RED HOT MAMMA | *Standing on the Verge of Getting It On* | | 15-Sep-1974 | 16-Sep-2030 |
| SEXY WAYS | *Standing on the Verge of Getting It On* | | 15-Sep-1974 | 16-Sep-2030 |
| STANDING ON THE VERGE OF GETTING IT ON | *Standing on the Verge of Getting It On* | | 15-Sep-1974 | 16-Sep-2030 |
| ATMOSPHERE | *Let's Take It to the Stage* | | 15-Jun-1975 | 16-Jun-2031 |

| WORK TITLE | ALBUM TITLE | ORIGINAL COPYRIGHT REGISTRATION NUMBER | DATE COPYRIGHT WAS ORIGINALLY SECURED | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|---|
| BABY I OWE YOU SOMETHING GOOD | *Let's Take It to the Stage* | | 15-Jun-1975 | 16-Jun-2031 |
| BE MY BEACH | *Let's Take It to the Stage* | | 15-Jun-1975 | 16-Jun-2031 |
| BETTER BY THE POUND | *Let's Take It to the Stage* | | 15-Jun-1975 | 16-Jun-2031 |
| GET OFF YOUR ASS AND JAM | *Let's Take It to the Stage* | | 15-Jun-1975 | 16-Jun-2031 |
| GOOD TO YOUR EARHOLE | *Let's Take It to the Stage* | | 15-Jun-1975 | 16-Jun-2031 |
| LET'S TAKE IT TO THE STAGE | *Let's Take It to the Stage* | | 15-Jun-1975 | 16-Jun-2031 |
| NO HEAD, NO BACKSTAGE PASS | *Let's Take It to the Stage* | | 15-Jun-1975 | 16-Jun-2031 |
| STUFFS AND THINGS | *Let's Take It to the Stage* | | 15-Jun-1975 | 16-Jun-2031 |
| THE SONG IS FAMILIAR | *Let's Take It to the Stage* | | 15-Jun-1975 | 16-Jun-2031 |
| VITAL JUICES | B Side | | 31-Dec-1975 | 1-Jan-2032 |
| BUTT-TO-BUTT RESUSCITATION | *Tales of Kidd Funkadelic* | | 1-Dec-1976 | 2-Dec-2032 |
| HOW DO YEAW VIEW YOU? | *Tales of Kidd Funkadelic* | | 1-Dec-1976 | 2-Dec-2032 |
| I'M NEVER GONNA TELL IT | *Tales of Kidd Funkadelic* | | 1-Dec-1976 | 2-Dec-2032 |
| LET'S TAKE IT TO THE PEOPLE | *Tales of Kidd Funkadelic* | | 1-Dec-1976 | 2-Dec-2032 |
| TAKE YOUR DEAD ASS HOME! (SAY SOM'N NASTY) | *Tales of Kidd Funkadelic* | | 1-Dec-1976 | 2-Dec-2032 |
| TALES OF KIDD FUNKADELIC (OPUSDELITE YEARS) | *Tales of Kidd Funkadelic* | | 1-Dec-1976 | 2-Dec-2032 |
| UNDISCO KIDD | *Tales of Kidd Funkadelic* | | 1-Dec-1976 | 2-Dec-2032 |

3