IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE CLINTON,

    *Plaintiff,*

v.     Case No. 4:25cv108-MW/MJF

ARMEN BOLADIAN;
BRIDGEPORT MUSIC, INC.;
WESTBOUND RECORDS, INC.;
NINE RECORDS, INC.;
SOUTHFIELD MUSIC, INC.; AND
EASTBOUND RECORDS, INC.,

    *Defendants.*
_____/

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Bridgeport Music, Inc.; Westbound Records, Inc.; Nine Records, Inc.; Southfield Music, Inc.; and Eastbound Records, Inc.; through undersigned counsel, hereby state that none of the above defendant corporations have any parent corporation nor any publicly held corporation which owns 10% or more of its stock.

DATED: April 10, 2025      Respectfully submitted,

      /s/ *Richard S. Busch*
      Richard S. Busch (*pro hac vice*)
      David Niemierzycki (Fla. Bar No. 1023763)
      KING & BALLOW
      26 Century Boulevard, Suite NT 700

Nashville, Tennessee  37214
Phone: (615) 259-3456
rbusch@kingballow.com
dniemierzycki@kingballow.com

Barry Richard (Fla. Bar No. 105599)
BARRY RICHARD LAW FIRM
101 East College Avenue
Tallahassee, Florida 32301
Phone: (850) 274-1814
barryrichard@barryrichard.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email address on file with the Clerk of the Court.

/s/ Richard S. Busch
Richard S. Busch
*Attorney for Defendants*