# EXHIBIT B

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

Acting United States Register of Copyrights and Director

October 25, 2017

Date Of Recordation

9946                          099

Volume                       Doc. No.

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Form DCS** (Document Cover Sheet)
**For Recordation of Documents under 17 U.S.C. §205**
**UNITED STATES COPYRIGHT OFFICE**

Volume _9446_    Document _099_

Volume _____    Document _____

Date of recordation   M _10_   D _25_   Y _17_
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

**Privacy Act Notice:** Sections 205 and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for recordation. By providing this information, you are agreeing to routine uses of the information that include publication to give legal notice of your recordation pursuant to 17 U.S.C. §§ 205 and 705. The information will appear in the Office's online Public Catalog. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS**

*To the Register of Copyrights: Please record the accompanying original document or its properly certified copy.*

**1**  First party name given in the document — Casablanca Records, Inc.
(IMPORTANT: *Please read instruction for this and other spaces.*)

**2**  First title given in the document — Agony of Defeet

**3**  Total number of titles in the document — 30

**4**  Return receipt requested — ☐ If checked, please enclose a self-addressed postage-paid envelope.

**5**  Electronic title list enclosed — ☐ If checked, please enclose an acceptable digital storage medium containing a properly formatted title list.

**6**  Amount of fee calculated — $210

**7**  Fee enclosed — ☒ Check    ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account
Deposit account number _____
Deposit account name _____

**8**  Completeness of document — ☒ All attachments referenced in this document are included.
☐ One or more attachments referenced in this document is missing but (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**9**  Certification of photocopied documents — Complete this certification if a photocopy of the original signed document is being submitted instead of the document bearing the actual original signature.
**NOTE:** This space may not be used for documents that require an official certification.
**I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.**
Signature _____    Date _10/25/2017_
Duly authorized agent of _George Edward Clinton a/k/a George Clinton a/k/a Parliament_

**10**  Return to — Name _Alter, Kendrick & Baron LLP_
Number/street _156 Fifth Avenue_    Apt/suite _Suite 1208_
City _New York_    State _NY_    Zip _10010_
Phone number _(212)707-8377_    Fax number _(212)647-8317_
Email _katie.baron@akbllp.com_

**SEND TO:** *Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6000*
**INCLUDE ALL OF THESE TOGETHER:** (1) two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; (3) your document; (4) if a return receipt is requested, a self-addressed postage-paid envelope; (5) if enclosing an electronic title list, an acceptable digital storage medium containing a title list in the prescribed format.

FORM DCS · REVIEWED: 11/2014   Printed on recycled paper

V9946 D099 P1

<u>VIA FIRST-CLASS CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

October 24, 2017

Casablanca Records, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404

RightSong Music, Inc.
Warner-Tamerlane Publishing Corporation
A/C Rick's Music Inc.
c/o Warner/Chappell Music Inc.
10585 Santa Monica Blvd
Los Angeles, CA 90025-4950

Bridgeport Music, Inc.
18500 West 10 Mile Road
Southfield, MI 48075-2662

**RE:  NOTICE OF TERMINATION UNDER 17 U.S.C. Section 203**

Dear Sir or Madam:

Pursuant to 17 U.S.C. Section 203, notice of termination of the grant of the transfer or license of copyright and of any rights under copyright with respect to the George Edward Clinton a/k/a George Clinton a/k/a Parliament interest in the works listed below is hereby served. This notice is being served on the grantee or the grantee's successor in title whose rights are being terminated at each of the addresses identified below.

Name and Address of Each Grantee, or
the Grantee's Successor in Title,
Whose Rights are Being Terminated:

Casablanca Records, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404

RightSong Music, Inc.
Warner-Tamerlane Publishing Corporation
A/C Rick's Music Inc.
c/o Warner/Chappell Music Inc.
10585 Santa Monica Blvd
Los Angeles, CA 90025-4950

Bridgeport Music, Inc.
18500 West 10 Mile Road
Southfield, MI 48075-2662

Date of Execution of the Grant
Being Terminated (Date of Creation):                See Schedule A

Date of Publication under the Grant:                See Schedule A

Title of Work:                                      See Schedule A

Name of Author(s) Who Executed
the Grant Being Terminated:                         George Edward Clinton a/k/a
                                                    George Clinton a/k/a Parliament

Original Copyright Registration Number:             See Schedule A

Grant(s) Hereby Terminated:                         All exclusive or nonexclusive grants of transfer or license
                                                    of copyright, of any rights under copyright and all rights of
                                                    copyright proprietor, including without limitation all
                                                    administration, publication, recording and performance
                                                    rights, in and to the above musical compositions, including
                                                    without limitation the Agreement dated March 17, 1976 by
                                                    and between George Edward Clinton a/k/a George Clinton
                                                    a/k/a Parliament and Casablanca Records, Inc.

Effective Date of Termination:                      See Schedule A

Name and Address of Each
Person Terminating the Grant:                       George Edward Clinton a/k/a
                                                    George Clinton a/k/a Parliament
                                                    c/o Alter, Kendrick & Baron, LLP
                                                    156 Fifth Avenue, Suite 1208
                                                    New York, NY 10010


Signature:                                          _C. Katherine Baron_ (signature)
                                                    C. Katherine Baron, Attorney-in-Fact
                                                    and duly authorized agent for
                                                    George Edward Clinton a/k/a
                                                    George Clinton a/k/a Parliament
                                                    c/o Alter, Kendrick & Baron, LLP
                                                    156 Fifth Avenue, Suite 1208
                                                    New York, NY 10010

V9946 D099 P3

## SCHEDULE A

| Title of Work | Alternative Title | Original Copyright Registration Number | Date of Execution of Grant (Date of Creation) | Date of Publication | Effective Date of Termination |
|---|---|---|---|---|---|
| AGONY OF DEFEET | | PA0000509877 | 1/16/1979 | 12/5/1980 | 10/25/2019 |
| BIG BANG THEORY | AKA THE BIG BANG THEORY | PAu000169831 | 1/16/1979 | 11/20/1979 | 10/25/2019 |
| BODY LANGUAGE | | PA0000509881 | 1/16/1979 | 12/5/1980 | 10/25/2019 |
| COLOUR ME FUNKY | | PAu000169833 | 1/16/1979 | 11/20/1979 | 10/25/2019 |
| CRUSH IT | | PA0000509874; PA0000547781; PA0000549450 | 1/16/1979 | 1/1/1980 | 10/25/2019 |
| FUNK UNTIL THE EDGE OF TIME | | PA0000089047 | 1/16/1979 | 7/21/1980 | 10/25/2019 |
| GLORYHALLASTOOPID | (GLORYHALLASTOOPID) PIN THE TALE ON THE FUNKY | PAu000169834 | 1/16/1979 | 11/20/1979 | 10/25/2019 |
| HELP FROM MY FRIENDS | | PA0000089044 | 1/16/1979 | 7/21/1980 | 10/25/2019 |
| I'M MO BE HITTIN' IT | | PA0000089046 | 1/16/1979 | 7/21/1980 | 10/25/2019 |
| LET'S PLAY HOUSE | | PAu001382650; PA0000509879 | 1/16/1979 | 12/5/1980 | 10/25/2019 |
| LONG WAY AROUND | | PA0000549452 | 1/16/1979 | 1/1/1980 | 10/25/2019 |
| MAY WE BANG YOU? | | PAu000169829 | 1/16/1979 | 11/20/1979 | 10/25/2019 |
| NEW DOO REVIEW | | PA0000509878 | 1/16/1979 | 12/5/1980 | 10/25/2019 |
| PARTY PEOPLE | | PAu000169835 | 1/16/1979 | 11/20/1979 | 10/25/2019 |
| PEEK-A-GROOVE | PEEK A GROVE | PA0000509880 | 1/16/1979 | 12/5/1980 | 10/25/2019 |
| PLAY ME OR TRADE ME | | PA0000089045 | 1/16/1979 | 7/21/1980 | 10/25/2019 |
| THE FREEZE | THE FREEZE (SIZZALEENMEAN) | PAu000169836 | 1/16/1979 | 11/20/1979 | 10/25/2019 |
| THEME FROM THE BLACK HOLE (BLACK HOLE THEME) | | PAu000169830 | 1/16/1979 | 11/20/1979 | 10/25/2019 |
| TROMBIPULATION | | PA0000509875; PA0000547782; PA0000549451 | 1/16/1979 | 1/1/1980 | 10/25/2019 |
| WOLF TICKETS | | PA0000074750 | 1/16/1979 | 5/12/1980 | 10/25/2019 |
| WONDERFUL ONE | | PA0000089048 | 1/16/1979 | 7/21/1980 | 10/25/2019 |



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION | |
| --- | --- |
| 4Sep14 | |
| VOLUME | DOC. NO. |
| 3628 | 709 |
| VOLUME | DOC. NO. |

*Maria A. Pallante*

Register of Copyrights, United States of America

1-17483235835

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Document Cover Sheet**
UNITED STATES COPYRIGHT OFFICE

Privacy
author
inform
tion fo
agreeb
to give
it will
inform
you may .....
the copyright law.

16002538

17-002538

*t States Code
identifying
the applica-
tion you are
publication
17 U.S.C. §705.
provide the
Islayad, and
.nefits under

**For Recordation of Documents**

Volume _____ Document _____

Volume _____ Document _____

Date of recordation  M _____ D _____ Y _____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document _____ Bridgeport Music, Inc.
(IMPORTANT: Read instruction for this and other spaces.)

**2** First title given in the document _____ Sensations Pape

**3** Total number of titles in the document _____ 9

**4** Amount of fee calculated _____ 140.00

**5** Fee enclosed
☒ Check  ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**6** Completeness of document
☒ Document is complete by its own terms  ☐ Document is not complete. Record "as is."

**IMPORTANT NOTE:** *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document
Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
**NOTE:** *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____ Lita Rosario _____ Date 9/4/2014

Duly authorized agent of _____ George Clinton

**8** Return to:
**Lita Rosario, Esq.**
**1100 H Street, NW**
**Suite 315**
**Washington, DC 20005**

Apt/suite _____

ite _____  Zip 703-995-4345

Phone number 202-628-1092  Fax number 703-995-4345

Email litarosandow/z9irl.come

SEND TO: Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6216
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form; (2) payment from a deposit account or by check/mor Copyrights; and (3) your document.

FORM DCS   REV: 02/2009   PRINT: 02/2009 - --,000   Printed on recycled paper

LIBRARY OF CONGRESS

0 041 893 100 0

U.S. Government Printing Office 2009- --- ---/--,---

V3628 D709
Page 1

## NOTICE OF TERMINATION UNDER SECTION 203 OF THE
## COPYRIGHT ACT OF 1976

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Dated:  December 2, 2013

To:     Bridgeport Music, Inc.
        18500 West Ten Mile Road
        Southfield, Michigan  48075

        Armen Boladian
        18500 West Ten Mile Road
        Southfield, Michigan  48075

**V3628 D709**



Dear Sirs:

The undersigned is hereby terminating any grant of copyright given to Bridgeport Music, Inc. pursuant to the Agreement dated March 4, 1982 between George Clinton d/b/a Malbiz Music and Bridgeport Music, Inc. in connection with the following musical compositions:

1.      *"Generation Pop"*
        **Date of Publication: 11/25/1983**
        **Registration No. (if known): PA0000510031**
        **Effective Termination Date: March 5, 2017**

2.      *"Atomic Dog"*
        **Date of Publication: 10/01/1982**
        **Registration No. (if known): PA0000563469**
        **Effective Termination Date: March 5, 2017**

3.      *"One Fun At A Time"*
        **Date of Publication: 10/01/1982**
        **Registration No. (if known): PA-199835**
        **Effective Termination Date: March 5, 2017**

4.      *"Dog Is Man's Best Friend"*
        **Date of Publication: 10/01/1982**
        **Registration No. (if known): PA-199829**
        **Effective Termination Date: March 5, 2017**

5.      *"Games" a/k/a "Computer Games"*
        **Date of Publication: 10/01/1982**
        **Registration No. (if known): PA-199832**
        **Effective Termination Date: March 5, 2017**

V3628 D709
Page 2

6.      *"Get Dressed"*
        **Date of Publication: 10/01/1982**
        **Registration No. (if known): PA-199828**
        **Effective Termination Date: March 5, 2017**

7.      *"Loopzilla"*
        **Date of Publication: 10/01/1982**
        **Registration No. (if known): PA-199830**
        **Effective Termination Date: March 5, 2017**

8.      *"Pot Sharing Tots"*
        **Date of Publication: 10/01/1982**
        **Registration No. (if known): PA-199831**
        **Effective Termination Date: March 5, 2017**

9.      *"Free Alterations"*
        **Date of Publication: 10/01/1982**
        **Registration No. (if known): PA-199834.**
        **Effective Termination Date: March 5, 2017**

However, George Clinton is reserving all rights, both legal and equitable, that said March 4, 1982 Agreement is invalid or otherwise unenforceable, due to forgery, failure of performance and fraud or because the Agreement did not cover the applicable copyright(s).

Signatures of 100% of persons entitled to terminate the Grant are indicated below:

**George Clinton**
**1300 Hendrix Road**
**Tallahassee, Florida 32301**

A copy of this Notice was mailed to Grantee(s) listed in above by certified mail on December 2, 2013 Tracking Numbers # 70131890000322871 , and 70131890000322871 76571 76472

**Please return copies of all Notices to:**
Lita Rosario, Esq.
WYZ Girl Entertainment Consulting, LLC
1100 H St., NW, Suite 315
Washington, D.C. 20005
202-628-1092



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

DATE OF RECORDATION

4Sep14

| VOLUME | DOC. NO. |
|---|---|
| 3628 | 708 |

| VOLUME | DOC. NO. |
|---|---|

Register of Copyrights, United States of America

c-762   06/2011—4,000

1-174832-3499

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Document Cover Sheet**
UNITED STATES COPYRIGHT OFFICE



160025288
160025288

*States Code identifying the application you are publication U.S.C. §705, provide, and its under

Privacy A authori information for agreement to give it It will a information you may the copyright law.

**For Recordation of Documents**

Volume **3673** Document **709**

Volume _____ Document _____

Date of recordation M **9** D **4** Y **14**
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE**

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

1  First party name given in the document    *Bridgeport Music, Inc,*
   (IMPORTANT: Please read instruction for this and other spaces.)

2  First title given in the document    *I Wanna Testify*

3  Total number of titles in the document    *I 348*

4  Amount of fee calculated    1,330.00

5  Fee enclosed    ☒ Check   ☐ Money order
   ☐ Fee authorized to be charged to Copyright Office deposit account

   Deposit account number _____

   Deposit account name _____

6  Completeness of document    ☒ Document is complete by its own terms   ☐ Document is not complete. Record "as is."

   IMPORTANT NOTE: *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

7  Certification of Photocopied Document    Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
   NOTE: *This space may not be used for documents that require an official certification.*

   I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

   Signature *Lita Rosario*    Date *9/4/2014*

   Duly authorized agent of *George Clinton*

8  Return to:

   Lita Rosario, Esq.
   1100 H Street, NW
   Suite 315
   Washington, DC 20005

   Apt/suite _____

   Phone number *702-638-1092*    Fax number *703-995-4345*

   Email *litarosandowy29girl.come*

SEND TO: *Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6216*
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form; (2) payment from a deposit account or by check/mone
Copyrights; and (3) your document.

LIBRARY OF CONGRESS

0 041 893 099 8

FORM DCS  REV: 02/2009  PRINT: 02/2009 — xx,000  Printed on recycled paper    U.S. Government Printing Office

NOTICE OF TERMINATION UNDER SECTION 203 OF THE
COPYRIGHT ACT OF 1976

Dated:  December 2, 2013

VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED

To:     Bridgeport Music, Inc.
        18500 West Ten Mile Road
        Southfield, Michigan  48075

        Armen Boladian
        18500 West Ten Mile Road
        Southfield, Michigan  48075

*V3628 D708*



V3628 D708
Page 1

Dear Sirs:

The undersigned is hereby terminating any grant of copyright given to Bridgeport Music,
Inc. pursuant to the Addendum to the Agreement dated March 4, 1982, between George
Clinton d/b/a Malbiz Music and Bridgeport Music, Inc. in connection with all musical
compositions authored by George Clinton, including but not limited to those listed on
Schedule A which is attached hereto and incorporated herein by this reference.

However, George Clinton is reserving all rights, both legal and equitable, that said
Addendum to the Agreement dated March 4, 1982, Agreement is invalid or otherwise
unenforceable, due to, *inter alia*, forgery, failure of performance and fraud or because the
Addendum Agreement did not cover the applicable copyright(s).

**The effective termination date is March 5, 2017.**

Signatures of 100% of persons entitled to terminate the Grant are indicated below:

George Clinton
**1300 Hendrix Road**
**Tallahassee, Florida 32301**

A copy of this Notice was mailed to Grantee(s) listed in above by certified mail on
December 2, 2013 Tracking Numbers # _7013 1090 0002 2271_, and _7013 1090 0002 2271 7635
7628_

Please return copies of all Notices to:
Lita Rosario, Esq.
WYZ Girl Entertainment Consulting, LLC
1100 H St., NW, Suite 315
Washington, D.C. 20005
202-628-1092

V3628 D708
Page 2

**SCHEUDLE A**

V3628 D708
Page 3

| | A | B | C |
|---|---|---|---|
| | YEAR PUBLICATION | SONG TITLE | Copyright Reg. # |
| 1 | | | |
| 2 | | | |
| 3 | 1967 | I Wanna Testify | |
| 4 | 1967 | Time | |
| 5 | 1967 | Good Ole Music | |
| 6 | 1967 | I Can Feel the Ice Melting | |
| 7 | 1967 | Don't Be Sore at Me | |
| 8 | 1967 | All Your Goodies Are Gone | |
| 9 | 1967 | Little Man | |
| 10 | 1967 | The Goose That Laid the Golden Egg | |
| 11 | 1967 | What You Been Growing | |
| 12 | 1967 | Look at What I Almost Missed | |
| 13 | 1967 | A New Day Begins | |
| 14 | 1967 | Let's Make It Last | PA-0001050781 |
| 15 | 1967 | All Your Goodies Are Gone | |
| 16 | 1967 | Baby I Owe You Something | PA-557896 |
| 17 | 1967 | I'll Wait | |
| 18 | | | |
| 19 | | | |
| 20 | Jul-70 | I Call My Baby Pussycat | |
| 21 | 1970 | Put Love In Your Life | |
| 22 | 1970 | Little Old Country Boy | |
| 23 | 1970 | Moonshine Heather | |
| 24 | 1970 | Oh Lord,Why Lord /Prayer | |
| 25 | 1970 | My Automobile | |
| 26 | 1970 | There Is Nothing Before Me But Thang | |
| 27 | 1970 | Funky Woman | |
| 28 | 1970 | Livin' The Life | |
| 29 | 1970 | The Silent Boatmen | |
| 30 | | | |
| 31 | | | |
| 32 | 1970 | Mommy, What's a Funkadelic | PA0000627688 |
| 33 | 1970 | I Bet You | |
| 34 | 1970 | Music for My Mother | PA0000 627623 |

V3628 D708
Page 4

| | A | B | C |
|---|---|---|---|
| 35 | | 1970 I Got a Thing, You Got a Thing, Everybody's Got a Thing | |
| 36 | | 1970 Good Old Music | PA-627685 |
| 37 | | 1970 Qualify and Satisfy | |
| 38 | | 1970 What is Soul | PA-627687 |
| 39 | | 1970 Can't Shake it Loose | |
| 40 | | 1970 I'll Bet You | |
| 41 | | 1970 Music for My Mother | |
| 42 | | 1970 As Good as I Can Feel | |
| 43 | | 1970 Open Our Eyes | |
| 44 | | 1970 Qualify and Satisfy | |
| 45 | | 1970 Music for My Mother (instrumental) | |
| 46 | | | |
| 47 | | | |
| 48 | | 1970 Free Your Mind and Your Ass Will Follow | PA620729 PA620724 |
| 49 | | 1970 Friday Night, August 14th | PA-620725 |
| 50 | | 1970 Funky Dollar Bill | PA-620726 |
| 51 | | 1970 I Wanna Know If It's Good to You | |
| 52 | | 1970 Some More | PA-620728 |
| 53 | | 1970 Eulogy and Light | PA-620729 |
| 54 | | 1970 Fish, Chips and Sweat | |
| 55 | | 1970 Free Your Mind Radio Advert | |
| 56 | | 1970 I Wanna Know If It's Good to You | |
| 57 | | 1970 I Wanna Know If It's Good to You (Instrumental) | |
| 58 | | | |
| 59 | | | |
| 60 | | 1971 Maggot Brain | PA0001053066 |
| 61 | | 1971 Can You Get to That | PA 0001053067 |
| 62 | | 1971 Hit It and Quit It | |
| 63 | | 1971 You and Your Folks, Me and My Folks | PA-0001053069 |
| 64 | | 1971 Super Stupid | PA-0001053070 |
| 65 | | 1971 Back in Our Minds | |
| 66 | | 1971 Wars of Armageddon | PA-0001053072 |
| 67 | | | |
| 68 | | | |
| 69 | | 1972 A whole lot of BS | |

V3628 D708
Page 5

| | A | B | C |
|---|---|---|---|
| 70 | | | |
| 71 | | | |
| 72 | 1972 | You Hit the Nail on the Head | |
| 73 | 1972 | If You Don't Like the Effects, Don't Produce the Cause | |
| 74 | 1972 | Everybody Is Going to Make It This Time | |
| 75 | 1972 | A Joyful Process | |
| 76 | 1972 | We Hurt Too | |
| 77 | 1972 | Loose Booty | PA0000105|3133 |
| 78 | 1972 | Philmore | |
| 79 | 1972 | Pussy | |
| 80 | 1972 | America Eats Its Young | |
| 81 | 1972 | Biological Speculation | |
| 82 | 1972 | That Was My Girl | |
| 83 | 1972 | Balance | |
| 84 | 1972 | Miss Lucifer's Love | |
| 85 | 1972 | Wake Up | |
| 86 | | | |
| 87 | | | |
| 88 | 1973 | Nappy Dugout | PA-527432 |
| 89 | 1973 | You Can't Miss What You Can't Measure | |
| 90 | 1973 | March to the Witch's Castle | |
| 91 | 1973 | Let's Make It Last | |
| 92 | 1973 | Cosmic Slop | PA-527433 |
| 93 | 1973 | No Compute | PA-527434 |
| 94 | 1973 | This Broken Heart | |
| 95 | 1973 | Trash A-Go-Go | PA-527435 |
| 96 | 1973 | Can't Stand the Strain | PA-527436 |
| 97 | | | |
| 98 | | | |
| 99 | 1974 | Up for the Down Stroke | |
| 100 | 1974 | Testify | |
| 101 | 1974 | The Goose | PA0000612427 |
| 102 | 1974 | I Can Move You | PA612428 |
| 103 | 1974 | I Just Got Back | |
| 104 | 1974 | All Your Goodies Are Gone | |
| 105 | 1974 | Whatever Makes Baby Feel Good | |

V3628 D708
Page 6

| | A | B | C |
|---|---|---|---|
| 106 | 1974 | Presence of a Brain | |
| 107 | | | |
| 108 | | | |
| 109 | | | |
| 110 | 1974 | Red Hot Mama | PA-548293 |
| 111 | 1974 | Alice in My Fantasies | PA-561617 |
| 112 | 1974 | I'll Stay | |
| 113 | 1974 | Sexy Ways | |
| 114 | 1974 | Standing on the Verge of Getting It On | |
| 115 | 1974 | Jimmy's Got a Little Bit of Bitch in Him | |
| 116 | 1974 | Good Thoughts, Bad Thoughts | PA-548295 |
| 117 | | | |
| 118 | 15-Dec-75 | Chocolate City | PA-0000515042 |
| 119 | 1975 | Ridin On | |
| 120 | 1975 | Together | PA-606502 |
| 121 | 1975 | Side Effects | PA-612443 |
| 122 | 1975 | What Comes Funky | PA-612444 |
| 123 | 1975 | Let Me Be | |
| 124 | 1975 | If It Don't Fit (Don't Force It) | PA 0000 612446 |
| 125 | 1975 | I Misjudged You | |
| 126 | 1975 | Big Footin' | PA-0000612447 |
| 127 | | | |
| 128 | | | |
| 129 | 1975 | P.Funk (Wants to get Funked Up) | |
| 130 | 1975 | Mothership Connection (star Child ) | PA-612443 |
| 131 | 1975 | Unfunky UFO | |
| 132 | 1975 | Supergroovalisticprosifunkstication | |
| 133 | 1975 | Handcuffs | |
| 134 | 1975 | Give Up The Funk (Tear the Roof Off Sucker | |
| 135 | 1975 | Night of The Thumpasorous Peoples | |
| 136 | | | |
| 137 | | | |

V3628 D708
Page 7

| # | A | B | C |
|---|---|---|---|
| 138 | 1975 | Vital Juices | |
| 139 | | | |
| 140 | | | |
| 141 | 1975 | Good To Your Earhole | |
| 142 | 1975 | Better By The Pound | PA-640209 |
| 143 | 1975 | Be My Beach | |
| 144 | 1975 | No Head No Backstage Pass | |
| 145 | 1975 | Let's Take It to the Stage | PA-640212 |
| 146 | 1975 | Get Off Your Ass And Jam | PA0000640213 |
| 147 | 1975 | Baby I Owe You Something Good | |
| 148 | 1975 | Stuffs And Things | |
| 149 | 1975 | The Song Is Familiar | |
| 150 | 1975 | Atmosphere | PA640216 |
| 151 | | | |
| 152 | | | |
| 153 | 1976 | Comin' Round The Mountain - | PA-543073 |
| 154 | 1976 | Smokey - | |
| 155 | 1976 | If You Got Funk, You Got Style - | |
| 156 | 1976 | Hardcore Jollies - | |
| 157 | 1976 | Soul Mate - | |
| 158 | 1976 | Cosmic Slop - | |
| 159 | 1976 | You Scared The Lovin' Outta Me - | |
| 160 | 1976 | Adolescent Funk - | |
| 161 | | | |
| 162 | | | |
| 163 | 1976 | Prelude | PA000590286 |
| 164 | 1976 | Gamin' On Ya | |
| 165 | 1976 | Dr.Funkenstein | PA-590284 |
| 166 | 1976 | Children Of Productions | PA0000590283 |
| 167 | 1976 | Gettin' To Know You | PA 000612438 |
| 168 | 1976 | Do That Stuff | PA-0000590284 |
| 169 | 1976 | Everything is on the One | PA-590287 |
| 170 | 1976 | I've Been Watching you (Move your Sexy Body) | PA0000612439 |

V3628 D708
Page 8

| | A | B | C |
|---|---|---|---|
| 171 | | 1976 | Funkin' For Fun | PAu155543 PA013195 |
| 172 | | | |
| 173 | | | |
| 174 | | 1976 | Butt-to-Butt Resuscitation | |
| 175 | | 1976 | Let's Take It to the People | |
| 176 | | 1976 | Undisco Kidd | PA606551 |
| 177 | | 1976 | Take Your Dead Ass Home! (Say Som'n Nasty) | |
| 178 | | 1976 | I'm Never Gonna Tell It | PA-508352 |
| 179 | | 1976 | Tales of Kidd Funkadelic (Opusdelite Years) | |
| 180 | | 1976 | How Do Yeaw View You? | |
| 181 | | | |
| 182 | | | |
| 183 | | 1976 | Stretchin' Out (In A Rubber Band) | |
| 184 | | 1976 | Psychoticbumpschool | |
| 185 | | 1976 | Another Point Of View | |
| 186 | | 1976 | I'd Rather Be With You | |
| 187 | | 1976 | Love Vibes | |
| 188 | | 1976 | Physical Love | |
| 189 | | 1976 | Vanish In Our Sleep | |
| 190 | | | |
| 191 | | | |
| 192 | | 1977 | Pot Sharing Tots | |
| 193 | | 1977 | Sir Nose D'Voidoffunk (Pay Attention) | |
| 194 | | 1977 | Wizard of Finance | |
| 195 | | 1977 | Funkentelechy | PAu155543 PA013195 |
| 196 | | 1977 | The Placebo Sydrome | |
| 197 | | 1977 | Flash Light a/k/a Flashlight | PA-535693 |
| 198 | | | |
| 199 | | | |
| 200 | | 1977 | P.Funk(Wants To Get Funked Up) | |
| 201 | | 1977 | Dr.Funkenstein's Supergroovalisticprosifunkstication Medley | |
| 202 | | 1977 | Do that Stuff | |
| 203 | | 1977 | The Landing (Of the Mothership) | |
| 204 | | 1977 | The Undisco Kidd ( The girl is Bad) | |

V3628 D708
Page 9

| | A | B | C |
|---|---|---|---|
| 205 | 1977 | Children of Productions | |
| 206 | 1977 | Mothership Connection (Star Child) | |
| 207 | 1977 | Swing Down, Sweet Chariot | |
| 208 | 1977 | This is the way we Funk With You | PA-612462 |
| 209 | 1977 | Dr.Funkenstein | |
| 210 | 1977 | Gamin' on Ya! | PA 00059O288 |
| 211 | 1977 | Tear the roof off the sucker Medley | |
| 212 | 1977 | Night of the Thumpasorus Peoples | |
| 213 | 1977 | Fantasy Is A Reality | PA-120736 |
| 214 | | | |
| 215 | | | |
| 216 | 1977 | Ahh...The Name Is Bootsy, Baby! | |
| 217 | 1977 | The Pinocchio Theory | |
| 218 | 1977 | Rubber Duckie | |
| 219 | 1977 | Preview Side Too | |
| 220 | 1977 | What's A Telephone Bill? | |
| 221 | 1977 | Munchies For Your Love | |
| 222 | 1977 | Can't Stay Away | |
| 223 | 1977 | Reprise: We Want Bootsy | |
| 224 | | | |
| 225 | | | |
| 226 | 1977 | Up For The Down Stroke | PA-612426 |
| 227 | 1977 | A Blow For Me, A Toot To You | |
| 228 | 1977 | When In Doubt: Vamp | |
| 229 | 1977 | Between Two Sheets | |
| 230 | 1977 | Four Play | |
| 231 | 1977 | Peace Fugue | |
| 232 | | | |
| 233 | | | |
| 234 | 1977 | California Dreamin' | |
| 235 | 1977 | Frantic Moment | |

| | A | B | C |
|---|---|---|---|
| 236 | 1977 | So Goes The Story | |
| 237 | 1977 | I Want You (She's So Heavy) | |
| 238 | 1977 | Physical Love | |
| 239 | 1977 | What About It? | |
| 240 | 1977 | California Dreamin' (Reprise) | |
| 241 | | | |
| 242 | | | |
| 243 | 14-Sep-78 | One Nation Under A Groove | PA-019672 |
| 244 | 1978 | Groovallegiance | |
| 245 | 1978 | Who Says A Funk Band Can't Play Rock? | PA-535695 |
| 246 | 1978 | Promentals**tbackwashpsychosis Enema Squad (The Doodoo Cha | PAu-120087 |
| 247 | 1978 | Into You | PAu-120088 |
| 248 | 1978 | Cholly (Funk Getting Ready To Roll) | PAu-120084 |
| 249 | 1978 | Lunchmeataphobia (Think It Ain't Illegal Yet) - | |
| 250 | 1978 | P.E. Squad/Doodoo Chasers ("going All The Way Off") - | |
| 251 | 1978 | Maggot Brain - Live | |
| 252 | 1978 | Chant (Think It Ain't Illegal Yet) - Live | |
| 253 | | | |
| 254 | | | |
| 255 | 20-Nov-78 | Mr.Wiggles | PA0000 019512 |
| 256 | 1978 | Rumpofsteelskin | PA-19513 |
| 257 | 1978 | (You're a Fish and I'm a) Water Sign | PA-19514 |
| 258 | 1978 | Aqua Boogie (A Psychoalphadiscobetabioaquadolop) | PA-19515 |
| 259 | 1978 | One of those Funky Thangs | |
| 280 | 1978 | Liquid sunshine | PA-19519 |
| 281 | 1978 | Motor-Body Affair | PA-19517 |
| 262 | 1978 | Deep | |
| 263 | | | |
| 264 | | | |
| 265 | 1-Jan-78 | Woo Together | |
| 266 | 1978 | I'll Be With You | |

| | A | B | C |
|---|---|---|---|
| 267 | 1978 | Hold On | PA-508347 |
| 268 | 1978 | Much Thrust | PA-508348 |
| 269 | 1978 | Happy To Have (Happiness On Our Side) | PA-508349 |
| 270 | 1978 | Insurance Man For The Funk | PA-508350 |
| 271 | 1978 | Reprise: Much Thrust | |
| 272 | | | |
| 273 | | | |
| 274 | 1978 | Pleasure Principle | PAu 0000 045951 |
| 275 | 1978 | Love Amnesia | PAu 0000 45952 |
| 276 | 1978 | Cookie Jar | |
| 277 | 1978 | Misunderstanding | PA-511314 |
| 278 | 1978 | Are You Dreaming? | |
| 279 | 1978 | Mr. Melody Man | |
| 280 | | | |
| 281 | | | |
| 282 | 1-Jan-78 | Disco To Go | |
| 283 | 1978 | Warship Touchante | PA-508362 |
| 284 | 1978 | Nappy | PA-508360 |
| 285 | 1978 | Birdie | PA-508361 |
| 286 | 1978 | Just Like You | |
| 287 | 1978 | When You're Gone | |
| 288 | 1978 | Amorous | PA-508363 |
| 289 | | | |
| 290 | 27-Jan-78 | Bootsy? (What's The Name Of This Town) | |
| 291 | 1978 | May The Force Be With You | |
| 292 | 1978 | Very Yes | |
| 293 | 1978 | Bootzilla | |
| 294 | 1978 | Hollywood Squares | |
| 295 | 1978 | Roto-Rooter | |
| 296 | 1978 | As In (I Love You) | |
| 297 | | | |

| | A | B | C |
|---|---|---|---|
| 298 | | | |
| 299 | 1979 | Never Buy Texas From A Cowboy | PA-507486 |
| 300 | 1979 | I'm Holding You Responsible | |
| 301 | 1979 | Smoke Signals | |
| 302 | 1979 | Mother May I? | |
| 303 | 1979 | Party Up In Here | |
| 304 | 1979 | Didn't Mean To Fall In Love | |
| 305 | | | |
| 306 | | | |
| 307 | 1979 | Ridin' High | |
| 308 | 1979 | No Rump To Bump | PAu 0000 105748 |
| 309 | 1979 | Don't Ever Stop (Lovin' Me, Needin' Me) | |
| 310 | 1979 | Booty Snatchers | PAu 0000105749 |
| 311 | 1979 | You're Leaving | |
| 312 | 1979 | Huff-N-Puff | |
| 313 | | | |
| 314 | | | |
| 315 | 1979 | We Came To Funk Ya | |
| 316 | 1979 | Half A Man | |
| 317 | 1979 | Say Blow By Blow Backwards | |
| 318 | 1979 | Mr. Melody Man | |
| 319 | 1979 | Just Like You | |
| 320 | 1979 | Circular Motion | |
| 321 | | | |
| 322 | | | |
| 323 | 1-Jan-79 | Freak of The Week | |
| 324 | 1979 | (Not Just) Knee Deep | PA 0000 542731 |
| 325 | 1979 | Uncle Jam | PA-508339 |
| 326 | 1979 | Field Manoeuvers | |
| 327 | 1979 | Holly Wants To Go To California | PA-535694 |
| 328 | 1979 | Foot Soldiers (Star Spangled Funky) | PA-535696 |

V3628 D708
Page 13

| | A | B | C |
|---|---|---|---|
| 329 | | | |
| 330 | | | |
| 331 | Nov 28 1979 | Prologue | |
| 332 | 1979 | Pin the Tail on The Funky | |
| 333 | 1979 | Party People | PAu-169835 |
| 334 | 1979 | The Big Bang Theory | PAu-169831 |
| 335 | 1979 | The Freeze (sizzleanmean) | |
| 336 | 1979 | Colour Me Funky | PAu-169833 |
| 337 | 1979 | Theme From the Black Hole | |
| 338 | 1979 | May we Bang You | PAu-169829 |
| 339 | | | |
| 340 | | | |
| 341 | 1979 | Help From My Friends | |
| 342 | 1979 | Watch Me Do My Thang | |
| 343 | 1979 | Wolf Tickets | |
| 344 | 1979 | Play Me Or Trade Me | PA 0000 089045 |
| 345 | 1979 | I'm Mo Be Hittin' It | PA-89046 |
| 346 | 1979 | Funk Until The Edge Of Time | |
| 347 | 1979 | Wonderful One | |
| 348 | | | |
| 349 | | | |
| 350 | 1979 | Under The Influence Of A Groove | |
| 351 | 1979 | Bootsy Get Live | |
| 352 | 1979 | Oh Boy Gorl | |
| 353 | 1979 | Jam Fan (Hot) | |
| 354 | 1979 | Chug-A-Lug (The Bun Patrol) | |
| 355 | 1979 | Shejam (Almost Bootsy Show) | |
| 356 | 1979 | Reprise (Get Live) | |
| 357 | | | |
| 358 | | | |
| 359 | 1980 | Never Gonna Tell It | |

V3628 D708
Page 14

| | A | B | C |
|---|---|---|---|
| 360 | 1980 | Put Your Own Puzzle Together | |
| 361 | 1980 | You Make Me Happy (You Got The Love I Need) | |
| 362 | 1980 | We Dance So Good Together | |
| 363 | 1980 | Hotel Eternity | |
| 364 | 1980 | Breakout | |
| 365 | 1980 | You Gotta Take Chances | |
| 366 | | | |
| 367 | | | |
| 368 | 1980 | Hyper Space | |
| 369 | 1980 | Freak To Freak | |
| 370 | 1980 | Love Munch | |
| 371 | 1980 | We Do It All Day Long | |
| 372 | 1980 | Jamaica | |
| 373 | 1980 | Body Shop | |
| 374 | 1980 | We Do It All Day Long (Reprise) | |
| 375 | | | |
| 376 | | | |
| 377 | 1-Jan-80 | Crush It | |
| 378 | 1980 | Trombipulation | PA-549451 |
| 379 | 1980 | Long Way Around | PA000549452 |
| 380 | 1980 | Agony of Defeet | |
| 381 | 1980 | New Doo Review | |
| 382 | 1980 | Let's Play HOuse | |
| 383 | 1980 | Body Language | PA-509881 |
| 384 | 1980 | Peek-A-Groove | |
| 385 | | | |
| 386 | | | |
| 387 | 1-Jan-81 | Electric Spanking Of War Babies | PA-507478 |
| 388 | 1981 | Electro-Cuties | PA-507482 |
| 389 | 1981 | Funk Gets Stronger (Part 1) | |
| 390 | 1981 | Brettino's Bounce | |

| | A | B | C |
|---|---|---|---|
| 391 | | 1981 Medley: She Loves You / Funk Gets Stronger (Kml Version) | |
| 392 | | 1981 Shockwaves | |
| 393 | | 1981 Oh I | PA-507477 |
| 394 | | 1981 Icka Prick | PA-507483 |
| 395 | | | |
| 396 | | | |
| 397 | 1-Oct-82 | Get Dressed | |
| 398 | | 1982 Man's Best Friend/Loopzilla | PA-199829 |
| 399 | | 1982 Pot Sharing Tots | PA-199831 |
| 400 | | 1982 Computer Games | PA-199832 |
| 401 | | 1982 Atomic Dog | PA-199833 |
| 402 | | 1982 Free Alterations | PA-199834 |
| 403 | | 1982 One Fun at a Time | PA-199835 |
| 404 | | | |
| 405 | | | |
| 406 | | 1983 Nubian Nut | |
| 407 | | 1983 Quickie | |
| 408 | | 1983 Last Dance | |
| 409 | | 1983 Silly Milameter | |
| 410 | | 1983 Stingy | |
| 411 | | 1983 You Shouldn't-Nuf Bit Fish | |
| 412 | | | |
| 413 | | | |
| 414 | 25-Nov-83 | Generator Pop | PA-510031 |
| 415 | | 1983 Acupuncture | PA-510029 |
| 416 | | 1983 One Of Those Summers | PA-510028 |
| 417 | | 1983 Catch A Keeper | PA-510032 |
| 418 | | 1983 Pumpin' It Up | |
| 419 | | 1983 Copy Cat | PA-510033 |
| 420 | | 1983 Hydraulic Pump | |
| 421 | | 1983 Pumpin' It Up (Reprise) | |
| 422 | | | |
| 423 | | | |
| 424 | | 1985 Double Oh-Oh | |
| 425 | | 1985 Bullet Proof | |
| 426 | | 1985 Pleasures Of Exhaustion (Do It Till I Drop) | |

V3628 D708
Page 16



| | A | B | C |
|---|---|---|---|
| 427 | 1985 | Bodyguard | |
| 428 | 1985 | Bangladesh | |
| 429 | 1985 | Thrashin | |
| 430 | 1985 | Some of My Best Jokes Are Friends | |
| 431 | | | |
| 432 | | | |
| 433 | 1986 | Hey Good Lookin | |
| 434 | 1986 | Do Fries Go with That Shake? | |
| 435 | 1986 | Electric Pygmies | |
| 436 | 1986 | Intense | |
| 437 | 1986 | Cool Joe | |
| 438 | 1986 | R&B Skeletons (In the Closet) | |
| 439 | | | |
| 440 | | | |
| 441 | | | |
| 442 | | | |
| 443 | | | |
| 444 | | | |
| 445 | | | |
| 446 | | | |
| 447 | | | |
| 448 | | | |
| 449 | | | |
| 450 | | | |
| 451 | | | |
| 452 | | | |
| 453 | | | |
| 454 | | | |
| 455 | | | |
| 456 | | | |
| 457 | | | |
| 458 | | | |
| 459 | | | |
| 460 | | | |
| 461 | | | |
| 462 | | | |
| 463 | | | |



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

DATE OF RECORDATION

4Sep14

| VOLUME | DOC. NO. |
|--------|----------|
| 3628 | 707 |

| VOLUME | DOC. NO. |
|--------|----------|

*Maria A. Pallante*

Register of Copyrights, United States of America

C-762    06/2011—4,000

I-1748323406

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



**Document Cover Sheet**
UNITED STATES COPYRIGHT OFFICE

For Recordation of Documents

Volume __3628__     Document __707__

Volume _____     Document _____

Date of recordation   M __9__  D __4__  Y __14__
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

160025277

Privacy Act ... ... United States Code authorize information for co agreeing t to give leg It will app information you may n the copyright ...    ... entifying applica- ... you are blication .S.C. §705. ...vide the ...yed, and its under

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

1. First party name given in the document    (IMPORTANT: *Please read instruction for this and other spaces.*)  *Tercer Mundo, INC.*

2. First title given in the document    *I Wanna Testify*

3. Total number of titles in the document    *348*

4. Amount of fee calculated    *1,380.00*

5. Fee enclosed    ☒ Check   ☐ Money order
   ☐ Fee authorized to be charged to Copyright Office deposit account

   Deposit account number _____

   Deposit account name _____

6. Completeness of document    ☒ Document is complete by its own terms    ☐ Document is not complete. Record "as is."

   IMPORTANT NOTE: *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

7. Certification of Photocopied Document    Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
   NOTE: *This space may not be used for documents that require an official certification.*

   I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

   Signature _____   Date __9/4/2014__

   Duly authorized agent of *George Clinton*

8. Return to:    **Lita Rosario, Esq.**
   **1100 H Street, NW**
   **Suite 315**
   **Washington, DC 20005**

   _____
   Apt/suite _____

   ...te _____   Zip _____

   Phone number __202-638-1092__   Fax number __703-995-4345__

   Email __lita.rosandowyzgirl.com__

SEND TO: Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6216
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form; (2) payment from a deposit account or by check/mo
Copyrights; and (3) your document.

LIBRARY OF CONGRESS



0 041 893 098 6

FORM DCS   REV: 03/2009   PRINT: 03/2009 – **,000   Printed on recycled paper        U.S. Government Printing Office: 2009 ········/··.···

V3628 D707
Page 1

## NOTICE OF TERMINATION UNDER SECTION 203 OF THE COPYRIGHT ACT OF 1976

Dated:  December 2, 2013

VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED

To:    Tercer Mundo, Inc.
       260 N. Crandon Blvd
       Key Biscayne, Florida 33149-1536

**V3628 D707**



       Nene Montes
       260 N. Crandon Blvd
       Key Biscayne, Florida 33149-1536

       Bridgeport Music, Inc.
       18500 West Ten Mile Road
       Southfield, Michigan  48075

       Armen Boladian
       18500 West Ten Mile Road
       Southfield, Michigan  48075

RE: December 1981 Assignment by George Clinton d/b/a Malbiz Music, Inc.

Dear Sirs:

The undersigned is hereby terminating any grant of copyright given to Tercer Mundo, Inc.  pursuant to the Assignment of Rights between George Clinton d/b/a Malbiz Music, Inc. and Tercer Mundo, Inc./Nene Montes dated December 11, 1981 in connection with the musical compositions authored by George Clinton, including but not limited to those listed on Schedule A hereto, such schedule is attached hereto and made a part hereof, as well as any and all copyright interests in (ii) all artist agreements, (iii) record production and/or distribution agreements, (iv) master licensing agreements, (v) mechanical agreements, (vi) all publishing, co-publishing, split publishing, administration, subpublishing, performing rights, and songwriters agreements and (vii) all synchronization and/or master use licenses with Warner Bros Records, Inc. and its affiliates. However, George Clinton is reserving all rights, both legal and equitable, that said Assignments of Rights are invalid or otherwise unenforceable, due to forgery, failure of performance, fraud or because the Assignment did not cover the applicable copyright(s).  The effective termination date is December 12, 2016.

Signatures of 100% of person(s) entitled to terminate the Grant dated December 11, 1981 are indicated below;

George Clinton
       d/b/a Malbiz Music, Inc.
1300 Hendrix Road
Tallahassee, Florida 32301

V3628 D707
Page 2

A copy of this Notice was mailed to Grantee(s) listed in above by certified mail on December 2, 2013 Tracking Numbers # 7013 0900 0002 2271 7666, 7013 0900 0002 2271 767_, 7013 0900 0002 2271 7697, ___, and ___.

Please return copies of all Notices to:
Lita Rosario, Esq.
WYZ Girl Entertainment Consulting, LLC
1100 H St., NW, Suite 315
Washington, D.C. 20005
202-628-1092

V3628 D707
Page 3

## SCHEUDLE A

V3628 D707
Page 4

| | A | B | C |
|---|---|---|---|
| 1 | YEAR PUBLICATION | SONG TITLE | Copyright Reg. # |
| 2 | | | |
| 3 | 1967 | I Wanna Testify | |
| 4 | 1967 | Time | |
| 5 | 1967 | Good Ole Music | |
| 6 | 1967 | I Can Feel the Ice Melting | |
| 7 | 1967 | Don't Be Sore at Me | |
| 8 | 1967 | All Your Goodies Are Gone | |
| 9 | 1967 | Little Man | |
| 10 | 1967 | The Goose That Laid the Golden Egg | |
| 11 | 1967 | What You Been Growing | |
| 12 | 1967 | Look at What I Almost Missed | |
| 13 | 1967 | A New Day Begins | |
| 14 | 1967 | Let's Make It Last | PA-000105078l |
| 15 | 1967 | All Your Goodies Are Gone | |
| 16 | 1967 | Baby I Owe You Something | PA-557896 |
| 17 | 1967 | I'll Wait | |
| 18 | | | |
| 19 | | | |
| 20 | Jul-70 | I Call My Baby Pussycat | |
| 21 | 1970 | Put Love In Your Life | |
| 22 | 1970 | Little Old Country Boy | |
| 23 | 1970 | Moonshine Heather | |
| 24 | 1970 | Oh Lord,Why Lord /Prayer | |
| 25 | 1970 | My Automobile | |
| 26 | 1970 | There Is Nothing Before Me But Thang | |
| 27 | 1970 | Funky Woman | |
| 28 | 1970 | Livin' The Life | |
| 29 | 1970 | The Silent Boatmen | |
| 30 | | | |
| 31 | | | |
| 32 | 1970 | Mommy, What's a Funkadelic | PA0000627688 |
| 33 | 1970 | I Bet You | |
| 34 | 1970 | Music for My Mother | PA0000 627623 |

V3628 D707
Page 5

| | A | B | C |
|---|---|---|---|
| 35 | 1970 | I Got a Thing, You Got a Thing, Everybody's Got a Thing | |
| 36 | 1970 | Good Old Music | PA-627685 |
| 37 | 1970 | Qualify and Satisfy | |
| 38 | 1970 | What is Soul | PA-627687 |
| 39 | 1970 | Can't Shake it Loose | |
| 40 | 1970 | I'll Bet You | |
| 41 | 1970 | Music for My Mother | |
| 42 | 1970 | As Good as I Can Feel | |
| 43 | 1970 | Open Our Eyes | |
| 44 | 1970 | Qualify and Satisfy | |
| 45 | 1970 | Music for My Mother (Instrumental) | |
| 46 | | | |
| 47 | | | |
| 48 | 1970 | Free Your Mind and Your Ass Will Follow | PA620729 PA620724 |
| 49 | 1970 | Friday Night, August 14th | PA-620725 |
| 50 | 1970 | Funky Dollar Bill | PA-620726 |
| 51 | 1970 | I Wanna Know if It's Good to You | |
| 52 | 1970 | Some More | PA-620728 |
| 53 | 1970 | Eulogy and Light | PA-620729 |
| 54 | 1970 | Fish, Chips and Sweat | |
| 55 | 1970 | Free Your Mind Radio Advert | |
| 56 | 1970 | I Wanna Know if It's Good to You | |
| 57 | 1970 | I Wanna Know if It's Good to You (Instrumental) | |
| 58 | | | |
| 59 | | | |
| 60 | 1971 | Maggot Brain | PA0001053066 |
| 61 | 1971 | Can You Get to That | PA 00001053067 |
| 62 | 1971 | Hit It and Quit It | |
| 63 | 1971 | You and Your Folks, Me and My Folks | PA-0001053069 |
| 64 | 1971 | Super Stupid | PA-0001053070 |
| 65 | 1971 | Back in Our Minds | |
| 66 | 1971 | Wars of Armageddon | PA-0001053072 |
| 67 | | | |
| 68 | | | |
| 69 | 1972 | A whole lot of BS | |

| | A | B | C |
|---|---|---|---|
| 70 | | | |
| 71 | | | |
| 72 | 1972 | You Hit the Nail on the Head | |
| 73 | 1972 | If You Don't Like the Effects, Don't Produce the Cause | |
| 74 | 1972 | Everybody Is Going to Make It This Time | |
| 75 | 1972 | A Joyful Process | |
| 76 | 1972 | We Hurt Too | |
| 77 | 1972 | Loose Booty | PA0001053133 |
| 78 | 1972 | Philmore | |
| 79 | 1972 | Pussy | |
| 80 | 1972 | America Eats Its Young | |
| 81 | 1972 | Biological Speculation | |
| 82 | 1972 | That Was My Girl | |
| 83 | 1972 | Balance | |
| 84 | 1972 | Miss Lucifer's Love | |
| 85 | 1972 | Wake Up | |
| 86 | | | |
| 87 | | | |
| 88 | 1973 | Nappy Dugout | PA-527432 |
| 89 | 1973 | You Can't Miss What You Can't Measure | |
| 90 | 1973 | March to the Witch's Castle | |
| 91 | 1973 | Let's Make It Last | |
| 92 | 1973 | Cosmic Slop | PA-527433 |
| 93 | 1973 | No Compute | PA-527434 |
| 94 | 1973 | This Broken Heart | |
| 95 | 1973 | Trash A-Go-Go | PA-527435 |
| 96 | 1973 | Can't Stand the Strain | PA-527436 |
| 97 | | | |
| 98 | | | |
| 99 | 1974 | Up for the Down Stroke | |
| 100 | 1974 | Testify | |
| 101 | 1974 | The Goose | PA0000612427 |
| 102 | 1974 | I Can Move You | PA612428 |
| 103 | 1974 | I Just Got Back | |
| 104 | 1974 | All Your Goodies Are Gone | |
| 105 | 1974 | Whatever Makes Baby Feel Good | |

| | A | B | C |
|---|---|---|---|
| 106 | | 1974 | Presence of a Brain . | |
| 107 | | | |
| 108 | | | |
| 109 | | | |
| 110 | | 1974 | Red Hot Mama | |
| 111 | | 1974 | Alice in My Fantasies | PA-548293 |
| 112 | | 1974 | I'll Stay | PA-561617 |
| 113 | | 1974 | Sexy Ways | |
| 114 | | 1974 | Standing on the Verge of Getting It On | |
| 115 | | 1974 | Jimmy's Got a Little Bit of Bitch in Him | |
| 116 | | 1974 | Good Thoughts, Bad Thoughts | PA-548295 |
| 117 | | | |
| 118 | | 15-Dec-75 | Chocolate City | PA-0000515042 |
| 119 | | 1975 | Ridin On | |
| 120 | | 1975 | Together | PA-606502 |
| 121 | | 1975 | Side Effects | PA-612443 |
| 122 | | 1975 | What Comes Funky | PA-612444 |
| 123 | | 1975 | Let Me Be | |
| 124 | | 1975 | If It Don't Fit (Don't Force It) | PA 0000 612446 |
| 125 | | 1975 | I Misjudged You | |
| 126 | | 1975 | Big Footin' | PA-0000612447 |
| 127 | | | |
| 128 | | | |
| 129 | | 1975 | P. Funk (Wants to get Funked Up) | |
| 130 | | 1975 | Mothership Connection (star Child ) | PA-612443 |
| 131 | | 1975 | Unfunky UFO | |
| 132 | | 1975 | Supergroovalisticprosifunkstication | |
| 133 | | 1975 | Handcuffs | |
| 134 | | 1975 | Give Up The Funk (Tear the Roof Off Sucker | |
| 135 | | 1975 | Night of The Thumpasorous Peoples | |
| 136 | | | |
| 137 | | | |

| | A | B | C |
|---|---|---|---|
| 138 | 1975 | Vital Juices | |
| 139 | | | |
| 140 | | | |
| 141 | 1975 | Good To Your Earhole | |
| 142 | 1975 | Better By The Pound | PA-640209 |
| 143 | 1975 | Be My Beach | |
| 144 | 1975 | No Head No Backstage Pass | |
| 145 | 1975 | Let's Take It to the Stage | PA-640212 |
| 146 | 1975 | Get Off Your Ass And Jam | PA000640213 |
| 147 | 1975 | Baby I Owe You Something Good | |
| 148 | 1975 | Stuffs And Things | |
| 149 | 1975 | The Song Is Familiar | |
| 150 | 1975 | Atmosphere | PA640216 |
| 151 | | | |
| 152 | | | |
| 153 | 1976 | Comin' Round The Mountain - | PA-543073 |
| 154 | 1976 | Smokey - | |
| 155 | 1976 | If You Got Funk, You Got Style - | |
| 156 | 1976 | Hardcore Jollies - | |
| 157 | 1976 | Soul Mate - | |
| 158 | 1976 | Cosmic Slop - | |
| 159 | 1976 | You Scared The Lovin' Outta Me - | |
| 160 | 1976 | Adolescent Funk - | |
| 161 | | | |
| 162 | | | |
| 163 | 1976 | Prelude | PA000590286 |
| 164 | 1976 | Gamin' On Ya | |
| 165 | 1976 | Dr.Funkenstein | PA-590284 |
| 166 | 1976 | Children Of Productions | PA000590283 |
| 167 | 1976 | Gettin' To Know You | PA000612438 |
| 168 | 1976 | Do That Stuff | PA-0000590284 |
| 169 | 1976 | Everything is on the One | PA-590287 |
| 170 | 1976 | I've Been Watching you (Move your Sexy Body) | PA0000612439 |

|  | A | B | C |
|---|---|---|---|
| 171 | 1976 | Funkin' For Fun | PAu155543 PA013195 |
| 172 |  |  |  |
| 173 |  |  |  |
| 174 | 1976 | Butt-to-Butt Resuscitation |  |
| 175 | 1976 | Let's Take It to the People |  |
| 176 | 1976 | Undisco Kidd | PA606551 |
| 177 | 1976 | Take Your Dead Ass Home! (Say Som'n Nasty) |  |
| 178 | 1976 | I'm Never Gonna Tell It | PA-508352 |
| 179 | 1976 | Tales of Kidd Funkadelic (Opusdelite Years) |  |
| 180 | 1976 | How Do Yeaw View You? |  |
| 181 |  |  |  |
| 182 |  |  |  |
| 183 | 1976 | Stretchin' Out (In A Rubber Band) |  |
| 184 | 1976 | Psychoticbumpschool |  |
| 185 | 1976 | Another Point Of View |  |
| 186 | 1976 | I'd Rather Be With You |  |
| 187 | 1976 | Love Vibes |  |
| 188 | 1976 | Physical Love |  |
| 189 | 1976 | Vanish In Our Sleep |  |
| 190 |  |  |  |
| 191 |  |  |  |
| 192 | 1977 | Pot Sharing Tots |  |
| 193 | 1977 | Sir Nose D'Voidoffunk (Pay Attention) |  |
| 194 | 1977 | Wizard of Finance |  |
| 195 | 1977 | Funkentelechy | PAu155543 PA013195 |
| 196 | 1977 | The Placebo Sydrome |  |
| 197 | 1977 | Flash Light a/k/a Flashlight | PA-535693 |
| 198 |  |  |  |
| 199 |  |  |  |
| 200 | 1977 | P.Funk(Wants To Get Funked Up) |  |
| 201 | 1977 | Dr.Funkenstein's Supergroovalisticprosifunkstication Medley |  |
| 202 | 1977 | Do that Stuff |  |
| 203 | 1977 | The Landing (Of the Mothership) |  |
| 204 | 1977 | The Undisco Kidd (The girl is Bad) |  |

V3628 D707
Page 10

| | A | B | C |
|---|---|---|---|
| 205 | 1977 | Children of Productions | |
| 206 | 1977 | Mothership Connection (Star Child) | |
| 207 | 1977 | Swing Down, Sweet Chariot | |
| 208 | 1977 | This is the way we Funk With You | PA-612462 |
| 209 | 1977 | Dr.Funkenstein | |
| 210 | 1977 | Gamin' on Ya! | PA 000590288 |
| 211 | 1977 | Tear the roof off the sucker Medley | |
| 212 | 1977 | Night of the Thumpasorus Peoples | |
| 213 | 1977 | Fantasy Is A Reality | PA-120736 |
| 214 | | | |
| 215 | | | |
| 216 | 1977 | Ahh...The Name Is Bootsy, Baby! | |
| 217 | 1977 | The Pinocchio Theory | |
| 218 | 1977 | Rubber Duckie | |
| 219 | 1977 | Preview Side Too | |
| 220 | 1977 | What's A Telephone Bill? | |
| 221 | 1977 | Munchies For Your Love | |
| 222 | 1977 | Can't Stay Away | |
| 223 | 1977 | Reprise: We Want Bootsy | |
| 224 | | | |
| 225 | | | |
| 226 | 1977 | Up For The Down Stroke | PA-612426 |
| 227 | 1977 | A Blow For Me, A Toot To You | |
| 228 | 1977 | When In Doubt: Vamp | |
| 229 | 1977 | Between Two Sheets | |
| 230 | 1977 | Four Play | |
| 231 | 1977 | Peace Fugue | |
| 232 | | | |
| 233 | | | |
| 234 | 1977 | California Dreamin' | |
| 235 | 1977 | Frantic Moment | |

V3628 D707
Page 11

| | A | B | C |
|---|---|---|---|
| 236 | 1977 | So Goes The Story | |
| 237 | 1977 | I Want You (She's So Heavy) | |
| 238 | 1977 | Physical Love | |
| 239 | 1977 | What About It? | |
| 240 | 1977 | California Dreamin' (Reprise) | |
| 241 | | | |
| 242 | | | |
| 243 | 14-Sep-78 | One Nation Under A Groove | PA-019672 |
| 244 | 1978 | Groovallegiance | |
| 245 | 1978 | Who Says A Funk Band Can't Play Rock? | PA-535695 |
| 246 | 1978 | Promentals*thackwashpsychosis Enema Squad (The Doodoo Cha | PAu-120087 |
| 247 | 1978 | Into You | PAu-120088 |
| 248 | 1978 | Cholly (Funk Getting Ready To Roll) | PAu-120084 |
| 249 | 1978 | Lunchmeataphobia (Think It Ain't Illegal Yet) - | |
| 250 | 1978 | P.E. Squad/Doodoo Chasers ("going All The Way Off") - | |
| 251 | 1978 | Maggot Brain - Live | |
| 252 | 1978 | Chant (Think It Ain't Illegal Yet) - Live | |
| 253 | | | |
| 254 | | | |
| 255 | 20-Nov-78 | Mr. Wiggles | PA0000 019512 |
| 256 | 1978 | Rumpofsteelskin | PA-19513 |
| 257 | 1978 | (You're a Fish and I'm a) Water Sign | PA-19514 |
| 258 | 1978 | Aqua Boogie (A Psychoalphadiscobetabioaquadolop) | PA-19515 |
| 259 | 1978 | One of those Funky Thangs | |
| 260 | 1978 | Liquid sunshine | PA-19519 |
| 261 | 1978 | Motor-Booty Affair | PA-19517 |
| 262 | 1978 | Deep | |
| 263 | | | |
| 264 | | | |
| 265 | 1-Jan-78 | Woo Together | |
| 266 | 1978 | I'll Be With You | |

| | A | B | C |
|---|---|---|---|
| 267 | 1978 | Hold On | PA-508347 |
| 268 | 1978 | Much Thrust | PA-508348 |
| 269 | 1978 | Happy To Have (Happiness On Our Side) | PA-508349 |
| 270 | 1978 | Insurance Man For The Funk | PA-508350 |
| 271 | 1978 | Reprise: Much Thrust | |
| 272 | | | |
| 273 | | | |
| 274 | 1978 | Pleasure Principle | PAu 0000 045951 |
| 275 | 1978 | Love Amnesia | PAu 0000 45952 |
| 276 | 1978 | Cookie Jar | |
| 277 | 1978 | Misunderstanding | PA-511314 |
| 278 | 1978 | Are You Dreaming? | |
| 279 | 1978 | Mr. Melody Man | |
| 280 | | | |
| 281 | | | |
| 282 | 1-Jan-78 | Disco To Go | |
| 283 | 1978 | Warship Touchante | PA-508362 |
| 284 | 1978 | Nappy | PA-508360 |
| 285 | 1978 | Birdie | PA-508361 |
| 286 | 1978 | Just Like You | |
| 287 | 1978 | When You're Gone | |
| 288 | 1978 | Amorous | PA-508363 |
| 289 | | | |
| 290 | 27-Jan-78 | Bootsy? (What's The Name Of This Town) | |
| 291 | 1978 | May The Force Be With You | |
| 292 | 1978 | Very Yes | |
| 293 | 1978 | Bootzilla | |
| 294 | 1978 | Hollywood Squares | |
| 295 | 1978 | Roto-Rooter | |
| 296 | 1978 | As In (I Love You) | |
| 297 | | | |

V3628 D707
Page 13

| | A | B | C |
|---|---|---|---|
| 298 | | | |
| 299 | 1979 | Never Buy Texas From A Cowboy | PA-507486 |
| 300 | 1979 | I'm Holding You Responsible | |
| 301 | 1979 | Smoke Signals | |
| 302 | 1979 | Mother May I? | |
| 303 | 1979 | Party Up In Here | |
| 304 | 1979 | Didn't Mean To Fall In Love | |
| 305 | | | |
| 306 | | | |
| 307 | 1979 | Ridin' High | |
| 308 | 1979 | No Rump To Bump | PAu 0000 105748 |
| 309 | 1979 | Don't Ever Stop (Lovin' Me, Needin' Me) | |
| 310 | 1979 | Booty Snatchers | PAu 0000105749 |
| 311 | 1979 | You're Leaving | |
| 312 | 1979 | Huff-N-Puff | |
| 313 | | | |
| 314 | | | |
| 315 | 1979 | We Came To Funk Ya | |
| 316 | 1979 | Half A Man | |
| 317 | 1979 | Say Blow By Blow Backwards | |
| 318 | 1979 | Mr. Melody Man | |
| 319 | 1979 | Just Like You | |
| 320 | 1979 | Circular Motion | |
| 321 | | | |
| 322 | | | |
| 323 | 1-Jan-79 | Freak of The Week | |
| 324 | 1979 | (Not Just) Knee Deep | PA 0000 542731 |
| 325 | 1979 | Uncle Jam | PA-508339 |
| 326 | 1979 | Field Manoeuvers | |
| 327 | 1979 | Holly Wants To Go To California | PA-535694 |
| 328 | 1979 | Foot Soldiers (Star Spangled Funky) | PA-535696 |

V3628 D707
Page 14

| | A | B | C |
|---|---|---|---|
| 329 | | | |
| 330 | | | |
| 331 | Nov 28 1979 | Prologue | |
| 332 | | 1979 Pin the Tail on The Funky | |
| 333 | | 1979 Party People | PAu-169835 |
| 334 | | 1979 The Big Bang Theory | PAu-169831 |
| 335 | | 1979 The Freeze (sizzleanmean) | |
| 336 | | 1979 Colour Me Funky | PAu-169833 |
| 337 | | 1979 Theme From the Black Hole | |
| 338 | | 1979 May we Bang You | PAu-169829 |
| 339 | | | |
| 340 | | | |
| 341 | | 1979 Help From My Friends | |
| 342 | | 1979 Watch Me Do My Thang | |
| 343 | | 1979 Wolf Tickets | |
| 344 | | 1979 Play Me Or Trade Me | PA 0000 089045 |
| 345 | | 1979 I'm Mo Be Hittin' It | PA-89046 |
| 346 | | 1979 Funk Until The Edge Of Time | |
| 347 | | 1979 Wonderful One | |
| 348 | | | |
| 349 | | | |
| 350 | | 1979 Under The Influence Of A Groove | |
| 351 | | 1979 Bootsy Get Live | |
| 352 | | 1979 Oh Boy Gorl | |
| 353 | | 1979 Jam Fan (Hot) | |
| 354 | | 1979 Chug-A-Lug (The Bun Patrol) | |
| 355 | | 1979 Shejam (Almost Bootsy Show) | |
| 356 | | 1979 Reprise (Get Live) | |
| 357 | | | |
| 358 | | | |
| 359 | | 1980 Never Gonna Tell It | |

| | A | B | C |
|---|---|---|---|
| 360 | 1980 | Put Your Own Puzzle Together | |
| 361 | 1980 | You Make Me Happy (You Got The Love I Need) | |
| 362 | 1980 | We Dance So Good Together | |
| 363 | 1980 | Hotel Eternity | |
| 364 | 1980 | Breakout | |
| 365 | 1980 | You Gotta Take Chances | |
| 366 | | | |
| 367 | | | |
| 368 | 1980 | Hyper Space | |
| 369 | 1980 | Freak To Freak | |
| 370 | 1980 | Love Munch | |
| 371 | 1980 | We Do It All Day Long | |
| 372 | 1980 | Jamaica | |
| 373 | 1980 | Body Shop | |
| 374 | 1980 | We Do It All Day Long (Reprise) | |
| 375 | | | |
| 376 | | | |
| 377 | 1-Jan-80 | Crush It | |
| 378 | 1980 | Trombipulation | PA-549451 |
| 379 | 1980 | Long Way Around | PA000549452 |
| 380 | 1980 | Agony of Defeat | |
| 381 | 1980 | New Doo Review | |
| 382 | 1980 | Let's Play HOuse | |
| 383 | 1980 | Body Language | PA-509881 |
| 384 | 1980 | Peek-A-Groove | |
| 385 | | | |
| 386 | | | |
| 387 | 1-Jan-81 | Electric Spanking Of War Babies | PA-507478 |
| 388 | 1981 | Electro-Cuties | PA-507482 |
| 389 | 1981 | Funk Gets Stronger (Part 1) | |
| 390 | 1981 | Brettino's Bounce | |

V3628 D707
Page 16

| | A | B | C |
|---|---|---|---|
| 391 | 1981 | Medley: She Loves You / Funk Gets Stronger (Kml Version) | |
| 392 | 1981 | Shockwaves | |
| 393 | 1981 | Oh I | PA-507477 |
| 394 | 1981 | Icka Prick | PA-507483 |
| 395 | | | |
| 396 | | | |
| 397 | 1-Oct-82 | Get Dressed | |
| 398 | 1982 | Man's Best Friend/Loopzilla | PA-199829 |
| 399 | 1982 | Pot Sharing Tots | PA-199831 |
| 400 | 1982 | Computer Games | PA-199832 |
| 401 | 1982 | Atomic Dog | PA-199833 |
| 402 | 1982 | Free Alterations | PA-199834 |
| 403 | 1982 | One Fun at a Time | PA-199835 |
| 404 | | | |
| 405 | | | |
| 406 | 1983 | Nubian Nut | |
| 407 | 1983 | Quickie | |
| 408 | 1983 | Last Dance | |
| 409 | 1983 | Silly Millameter | |
| 410 | 1983 | Stingy | |
| 411 | 1983 | You Shouldn't-Nuf Bit Fish | |
| 412 | | | |
| 413 | | | |
| 414 | 25-Nov-83 | Generator Pop | PA-510031 |
| 415 | 1983 | Acupuncture | PA-510029 |
| 416 | 1983 | One Of Those Summers | PA-510028 |
| 417 | 1983 | Catch A Keeper | PA-510032 |
| 418 | 1983 | Pumpin' It Up | |
| 419 | 1983 | Copy Cat | PA-510033 |
| 420 | 1983 | Hydraulic Pump | |
| 421 | 1983 | Pumpin' It Up (Reprise) | |
| 422 | | | |
| 423 | | | |
| 424 | 1985 | Double Oh-Oh | |
| 425 | 1985 | Bullet Proof | |
| 426 | 1985 | Pleasures Of Exhaustion (Do It Till I Drop) | |

V3628 D707
Page 17

| | A | B | C |
|---|---|---|---|
| 427 | 1985 | Bodyguard | |
| 428 | 1985 | Bangladesh | |
| 429 | 1985 | Thrashin | |
| 430 | 1985 | Some of My Best Jokes Are Friends | |
| 431 | | | |
| 432 | | | |
| 433 | 1986 | Hey Good Lookin | |
| 434 | 1986 | Do Fries Go with That Shake? | |
| 435 | 1986 | Electric Pygmies | |
| 436 | 1986 | Intense | |
| 437 | 1986 | Cool Joe | |
| 438 | 1986 | R&B Skeletons (In the Closet) | |
| 439 | | | |
| 440 | | | |
| 441 | | | |
| 442 | | | |
| 443 | | | |
| 444 | | | |
| 445 | | | |
| 446 | | | |
| 447 | | | |
| 448 | | | |
| 449 | | | |
| 450 | | | |
| 451 | | | |
| 452 | | | |
| 453 | | | |
| 454 | | | |
| 455 | | | |
| 456 | | | |
| 457 | | | |
| 458 | | | |
| 459 | | | |
| 460 | | | |
| 461 | | | |
| 462 | | | |
| 463 | | | |