IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE CLINTON,

    *Plaintiff,*

v.                                                                    Case No. 4:25cv108-MW/MJF

ARMEN BOLADIAN;
BRIDGEPORT MUSIC, INC.;
WESTBOUND RECORDS, INC.;
NINE RECORDS, INC.;
SOUTHFIELD MUSIC, INC.; AND
EASTBOUND RECORDS, INC.,

    *Defendants.*
_____/

**DECLARATION OF RICHARD S. BUSCH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) OR IN THE ALTERNATIVE TO STRIKE PURSUANT TO FED. R. CIV. P. 12(F)**

I, Richard S. Busch, hereby declare as follows:

1.    I am a partner at King & Ballow, and counsel of record for Defendants Armen Boladian, Bridgeport Music, Inc., Westbound Records, Inc., Nine Records, Inc., Southfield Music, Inc., and Eastbound Records, Inc. in this action.

2.    I make this Declaration from my personal knowledge, and if called upon to testify, I could and would competently testify to the facts set forth below. I make this declaration in support of *Defendants' Motion to Dismiss Pursuant to FED.*

1

*R. CIV. P. 12(b)(6) or in the Alternative To Strike Pursuant to FED. R. CIV. P. 12(f) and Memorandum of Law in Support*.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Clinton's 1972 Agreement with Westbound.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the 1975 Modification to Clinton's 1972 Agreement with Westbound.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the 1971 Co-Publishing Agreement between Bridgeport and Clinton's publishing company, Malbiz;

6. Attached hereto as **Exhibit 4** is a true and correct copy of the 1983 Exclusive Writer's Agreement between Bridgeport and Clinton.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the 1985 Writer's Agreement between Bridgeport and Clinton.

8. Attached hereto as **Exhibit 6** is a true and correct copy of George Clinton's 1984 Bankruptcy Petition and Schedules.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Original Complaint filed in *Clinton, et al. v. Boladian, et al.*, 99-cv-242, (N.D. Fla.) (Hinkle, J.) (the "Florida Litigation").

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Pre-Trial Order, filed September 19, 2000 Granting in Part, Bridgeport's Motion for Summary Judgment in the Florida Litigation.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of trial proceedings and ruling, January 29, 2001, in the Florida Litigation.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the Original Complaint filed in *Clinton v. Boladian, et al.* in the United States District Court for the Central District of California, Case No. 11-cv-10062, (the "California Litigation") Document 1.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the Order Dismissing Complaint, *without prejudice*, for failure to prosecute entered in the California Litigation, Document 64.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Amended Complaint filed in the California Litigation, Document 65.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the Order Granting Defendants' Motion to Dismiss with Prejudice, entered in the California Litigation, Document 87.

16. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from Defendant Thang, Inc. and George Clinton's Motion for Summary Judgment,

filed in the *Worrell v. Clinton*, Case No. 22-cv-11009 currently pending in the United States District Court for the Eastern District of Michigan, ECF No. 134.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2025.

<u>/s/ Richard S. Busch</u>
Richard S. Busch