# EXHIBIT 2

[... ...] INC.
14643 Joy Road
Detroit, Michigan 48228

Dated: 9/24/75

Mr. George Clinton
p/k/a/ & a/k/a/ "Funkadelic"
c/o Weiss & Meibach
888 Seventh Avenue
New York, New York 10019

Dear Mr. Clinton:

Your signature under the words "AGREED TO AND ACCEPTED" below shall constitute the following binding agreement between us:

1. Reference is made to that certain agreement dated August 30, 1972 (the "Agreement") by and between you individually and also known as jointly as a member of the recording artist group professionally known as "Funkadelic" (hereinafter referred to collectively as the "Group") and us with respect to the recording and production of phonograph records by the Group.

2. In consideration of the mutual covenants herein contained and for other good and valuable consideration, receipt of which is hereby acknowledged, you and we hereby agree to modify the aforesaid Agreement only in accordance with the terms and conditions as more fully set forth herein below.

3. You hereby acknowledge and agree that we shall retain in perpetuity the exclusive worldwide right, title and interest in and to all master recordings and the copyrights thereon embodying the performances of the Group delivered to us prior to the date of this Agreement and that with respect to these previously delivered

master recordings, the same shall be subject to our royalty obligations to you as are contained in the Agreement.

4. Notwithstanding anything to the contrary contained in the Agreement, the term of said agreement is hereby sooner terminated as of the date hereof upon the following terms and conditions.

(i) You shall have the obligation to produce and deliver to us additional master recordings to comprise one (1) 33-1/3 RPM long playing phonograph album or the equivalent thereof ("the Album") no later than February 1, 1976, it being understood and agreed that the termination of our exclusive rights for the production and recording of master recordings by the Group shall be conditioned upon the delivery of the aforesaid master recordings.

(ii) The Album to be delivered to us hereunder shall be subject to our total approval with respect to the studios to be designated and at times and places to be designated for the purpose of making master recordings. The musical compositions to be recorded shall be original and never previously recorded and shall be approved by us prior to recording, and each master recording made shall be subject to our approval as commercially satisfactory for manufacture and sale of phonograph records. You hereby agree that the total costs for the recording of said Album shall not exceed THIRTY FIVE THOUSAND DOLLARS ($35,000.00) and we shall be responsible for the payment of said recording costs as defined in the Agreement, however, our obligation shall not exceed the payment of THIRTY FIVE THOUSAND DOLLARS ($35,000.00). Any costs in excess of THIRTY FIVE THOUSAND DOLLARS ($35,000.00) shall be your responsibility and shall be paid by you. All master recordings made hereunder shall be subject to the rerecording restrictions of the Agreement and all of said compositions

-2-

music publisher, Bridgeport Music, Inc., in accordance with the Agreement between us.

(iii) Upon the delivery of the satisfactory master recordings as set forth in this paragraph, we shall provide you with a written receipt of same and, from the date of such written receipt, you hereby agree that we shall have 120 days from said date on which to release, advertise and promote the aforesaid Album without any competition by a third party record company of any product embodying the performances of the Group. After said 120 day period, you shall be free to have product release by a third party record company embodying the performances of said Group. The conditions as set forth in this paragraph are material to the modification of the Agreement and in the event that you shall breach these conditions then, and in such event, the Agreement shall not be sooner terminated and you further agree that the breach of this Agreement will cause irreparable damage to us and will justify our seeking equitable relief and an injunction in addition to any other available remedies we may have.

5. Upon the delivery of the aforesaid Album, we shall no longer be under any other obligation to accept or release any other master recording of the Group pursuant to the Agreement.

6. You acknowledge and agree that we have performed all of our obligations due you under said Agreement and we shall have no obligation to pay to you any advances other than our commitment to be responsible for the recording costs of said album which is not to exceed THIRTY FIVE THOUSAND DOLLARS ($35,000.00). Said costs shall be charged to you as an advance in accordance with the Agreement. You shall be entitled to receive royalty payments for the Album delivered to us

-3-

hereunder pursuant to the Agreement in the amount specified in the Agreement subject to our recouping all other costs and advances made thereunder.

7. Except as specifically provided in paragraph 3 hereinabove, you hereby release us, our stockholders, subsidiary and affiliated corporation, and their successors, assigns and licensees, from any and all existing or future claims of every kind and character arising under or relating to said Agreement and you hereby agree to indemnify, save and hold us harmless from any and all loss or damage (including attorneys' fees) arising out of or connected to any claim by a third party including all other individual musicians who have performed as a member of the Group during the term of the Agreement.

8. This agreement shall not be altered or amended, except by writing executed by all parties hereto.

9. This agreement has been entered into in the State of Michigan, and the validity, interpretation and legal effect of this agreement shall be governed by the laws of the State of Michigan applicable to contracts entered into and performed entirely within the State of Michigan, with respect to the determination of any claim, dispute or disagreement, which may arise out of the interpretation, performance, or breach of this agreement.

Very truly yours,

WESTBOUND RECORDS, INC.

By: /s/ Armen Boladian
Armen Boladian, President

AGREED AND ACCEPTED:

/s/ George Clinton
George Clinton

-4-