# EXHIBIT 7

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.
99 JUN 22 PM 3: 13
FILED

GEORGE CLINTON, an Individual and MALBIZ MUSIC, a Delaware corporation,

Plaintiffs

vs.

ARMEN BOLADIAN, an Individual and BRIDGEPORT MUSIC, INC., a Michigan corporation, and DOES 1 through 10 inclusive,

Defendants.

CASE No.

COMPLAINT

1. Plaintiff GEORGE CLINTON is a songwriter, musician, recording and performing artist and a resident of the State of Florida.

2. Plaintiff MALBIZ MUSIC, INC., is a Delaware corporation, organized and existing under the laws of said state and a music publishing company.

3. Defendant ARMEN BOLADIAN, is a resident of the State of Michigan.

4. Defendant BRIDGEPORT MUSIC, INC., is a Michigan corporation, organized and existing under the laws of said state.

5. Defendants Does 1 through 10 are publishing companies used by Defendant Boladian of which Plaintiff is unawear of their true names and identities.

6. Jurisdiction is conferred upon this Court by Title 28 U.S.C. §1332, diversity of citizenship and the amount in controversy exceeds Fifty Thousand Dollars ($50,000.00). Additionally, jurisdiction is conferred upon this Court by 28 U.S.C. §1338, which provides that federal district courts have exclusive jurisdiction in patent and copyright cases.

7. Venue is properly laid in the United States District Court for the Northern District

EXHIBIT
18

of Florida as Plaintiff GEORGE CLINTON resides there and Defendants transact business within the State of Florida.

8. For a period of time from approximately 1969 to 1976, Plaintiff GEORGE CLINTON composed, in whole or in part the musical compositions listed on Schedule "A", attached hereto and incorporated herein by this reference (hereafter sometimes referred to as the "Schedule A Compositions").

9. During the period of time from approximately 1969 to 1976, Plaintiff GEORGE CLINTON executed various Songwriter's Contracts with Defendant BRIDGEPORT MUSIC, INC., (hereafter referred to as the "Songwriter's Agreements"). Plaintiff cannot attach the Songwriter's Agreement hereto because they are in the sole and exclusive possession of Defendants.

10. The Songwriter's Agreements covered the Schedule A Compositions and no other musical compositions. Among other things, the Songwriter's Agreements vest administration of the Schedule A Compositions in Defendant BRIDGEPORT MUSIC, INC., in exchange for BRIDGEPORT MUSIC, INC., among other things, to provide an accounting and paying royalties to Defendant GEORGE CLINTON for his songwriting services. The accountings were required to occur no less frequently than twice each year.

11. From December, 1969 to December 31, 1998, Defendant BRIDGEPORT MUSIC, INC., failed to provide an account and pay royalties to Plaintiff GEORGE CLINTON with respect to the Songwriter's Agreement covering the Schedule A Compositions.

12. On or about May, 1997, in the matter entitled Nenes Montes, et al. v. Bridgeport Music, Inc., Case No. CV 92-2685R, 93-04106R (GK) in the United States District Court, for the Central District of California, Judge Real required Defendant BRIDGEPORT MUSIC, INC., to render an accounting to Plaintiff GEORGE CLINTON from January 1, 1977 through the then present of December 31, 1997, an accounting of approximately Twenty (20) years. Defendant Bridgport failed to provide such accounting.

13. For a period of time, from approximately 1972 to 1984, Plaintiff GEORGE CLINTON composed, in whole or in part, the musical compositions listed on Schedule "C", attached

hereto and incorporated herein by this reference (hereinafter referred to as the :"Schedule C Compositions").

14. At no time did Plaintiff GEORGE CLINTON execute any agreement transferring ownership of copyright or any other rights to Defendants BRIDGEPORT MUSIC, INC., or ARMEN BOLADIAN in the Schedule C Compositions.

15. Defendants ARMEN BOLADIAN and BRIDGEPORT MUSIC, INC., have no basis for claiming ownership of the copyrights in the Schedule C Compositions.

16. Notwithstanding no valid claim of ownership in the Schedule C Compositions, Defendants ARMEN BOLADIAN, BRIDGEPORT MUSIC, INC., and DOES 1 through 10 have licensed and collected monies in connection with the commercial exploitation of the Schedule C Compositions, and have exclusively retained such monies for its own use and benefit.

COUNT I
<u>BREACH OF CONTRACT</u>
(Against All Defendants)

17. Plaintiff GEORGE CLINTON realleges and reaffirms paragraphs 1 through 16, inclusive as if repeated herein.

18. All conditions precedent have been performed or have occurred.

19. Plaintiff GEORGE CLINTON performed all of his services as required by the Songwriter Agreements.

20.. Defendants ARMEN BOLADIAN and BRIDGEPORT MUSIC breached the Songwriter Agreements by, among other things, failing to timely account and pay monies due Plaintiff GEORGE CLINTON. Defendants failure was not caused by any action of Plaintiff GEORGE CLINTON, nor were the actions of Defendants excused for any reason.

COUNT II
<u>INFRINGEMENT OF COPYRIGHT</u>
(Against All Defendants)

21.. Plaintiffs GEORGE CLINTON and MALBIZ MUSIC reallege and reaffirm

paragraphs 1 through 16, inclusive as if repeated herein.

22. Plaintiff GEORGE CLINTON is the writer or co-writer of the Schedule C Compositions.

23. As a creator or co-creator of the Schedule C Compositions, Plaintiff GEORGE CLINTON is the owner of the copyrights in the Schedule C Compositions, and at no time did Plaintiff GEORGE CLINTON assign or transfer the copyright to Defendant ARMEN BOLADIAN or Defendant BRIDGEPORT MUSIC, INC.

24. From 1984 to the present, Defendants have been licensing and receiving monies from the commercial exploitation of the Schedule C Compositions without the consent of Plaintiffs. Moreover, Defendants registered the Schedule C Compositions for copyright in Defendants own name in direct violation of Plaintiffs ownership.

25. The actions of Defendants constitute an ongoing infringement of the copyrights of the Schedule C Compositions validly held by Plaintiffs.

COUNT III
CONVERSION
(Against All Defendants)

26. Plaintiffs GEORGE CLINTON and MALBIZ MUSIC reallege and reaffirm paragraphs 1 through 16, inclusive, as if repeated herein.

27. Defendants ARMEN BOLADIAN and BRIDGEPORT MUSIC, INC., have, from the initial commercial exploitation of the Schedule C Compositions, claimed copyright ownership and collected and retained for their own use and benefit all revenue generated by the commercial exploitation of the Schedule C Compositions without the consent of Plaintiffs.

28. All revenue derived from the commercial exploitation of the Schedule C Compositions rightfully is the property of and belongs to Plaintiffs.

29. Defendants actions constitute conversion of Plaintiffs' money and copyrights in that Defendants have taken Plaintiffs' property without justification.

COUNT IV
ACCOUNTING
(Against All Defendants)

30. Plaintiffs GEORGE CLINTON and MALBIZ MUSIC reallege and reaffirm paragraphs 1 through 16, inclusive as if repeated herein.

31. Defendants ARMEN BOLADIAN and BRIDGEPORT MUSIC, INC., have collected and received monies from the commercial exploitation of the Schedule A Compositions, pursuant to the Songwriter Agreements. Defendants ARMEN BOLADIAN and BRIDGEPORT MUSIC, INC., have also collected and received monies from commercial exploitation of the Schedule C Compositions through conversion and copyright infringement.

32. Without a proper, fair and accurate accounting, it will be difficult for Plaintiffs to determine the full extent of damages caused by Defendants.

33. Plaintiff reserves their right to assert their claim for punitive damages.

WHEREFORE, Plaintiffs pray for the following judgment against Defendants:

**COUNT I**

1. Recission of the Songwriter's Agreements and declaration that the copyright ownership in and to the Schedule A Compositions are owner and controlled by Plaintiffs;
2. Damages according to proof with interest;
3. Costs of suit, including attorneys' fees; and,
4. Such other and further relief as the Court may deem fair and proper.

**COUNT II**

1. Damages according to proof with interest thereon;
2. Costs of suit, including attorneys' fees; and,
3. Such other and further relief as the Court may deem fair and proper.

**COUNT III**

1. Damages according to proof with interest;
2. Costs of suit, including attorneys' fees; and,
3. Such other and further relief as the Court may deem fair and proper.

**COUNT IV**

1. That Defendants provide a full, detailed and accurate accounting to Plaintiffs for all monies received in connection with the Schedule A Compositions and the Schedule C Compositions;
2. That upon such accounting, if approved by Plaintiffs, that Plaintiffs have judgment against Defendants jointly and severally for the amount shown to be due;
3. Costs of suit, including attorneys' fees; and,
4. Such other and further relief as the Court may deem fair and proper.

DATED: JUNE 16, 1999

By: [signature]
David W. Adams
FL. Bar No. 892416
MACFARLANE FERGUSON & McMULLEN
400 North Tampa Street, Suite 2300
Tampa, Florida 33602

By: [signature]
Carolyn House - Stewart, Pro Hoc Vice
FL. Bar No. 248355
MACFARLANE FERGUSON & McMULLEN
400 North Tampa Street, Suite 2300
Tampa, Florida 33602

By: [signature]
Donald K. Wilson, Jr., Pro hoc Vice
Law Offices of Johnnie L. Cochran, Jr.
4929 Wilshire Blvd. Suite 1010
Attorneys for Plaintiffs
GEORGE CLINTON and MALBIZ MUSIC

SCHEDULE "A"

| SONG TITLE | PERCENTAGE CLAIMED |
|---|---|
| ALICE IN MY FANTASIES | 50% |
| AMERICA EATS ITS YOUNG | 33.33% |
| AS GOOD AS I CAN FEEL | 50% |
| ATMOSPHERE | 33.33% |
| BABY I OWE YOU SOMETHING GOOD | 100% |
| BALANCE | 50% |
| BE MY BEACH | 25% |
| BE WHAT YOU IS | 100% |
| BETTER BY THE POUND | 50% |
| BIOLOGICAL SPECULATION | 50% |
| BUTT TO BUTT RESUSCITATION | 33.33% |
| CAN'T STAND THE STRAIN | 50% |
| CAN YOU GET TO THAT | 50% |
| CHECKIN' YOU CHECKIN' YOURSELF OUT | 20% |
| COSMIC SLOP | 50% |
| EVERYBODY'S GOING TO MAKE IT THIS TIME | 50% |
| FISH AND CHIPS AND SWEAT | 33.33% |
| FREE YOUR MIND AND YOUR ASS WILL FOLLOW | 33.33% |
| FRIDAY NIGHT AUGUST THE 14TH | 33.33% |
| FUNKY DOLLAR BILL | 33.33% |
| GET OFF YOUR ASS AND JAM | 100% |
| GOOD OLD FUNKY MUSIC | 20% |
| GOOD OLE MUSIC | 100% |
| GOOD THOUGHTS BAD THOUGHTS | 50% |
| GOOD TO YOUR EARHOLE | 33.33% |
| HIT IT AND QUIT IT | 50% |
| HOT ROOSTER | 50% |
| HOW DDO YOU VIEW YOU | 33.33% |
| I'LL STAY | 50% |
| I'M NEVER GONNA TELL IT | 50% |
| I WANNA KNOW IF IT'S GOOD TO YOU | 25% |
| IF YOU DON'T LIKE THE EFFECTS... | 50% |
| JIMMY'S GOTTA LITTLE BIT OF BITCH IN HIM | 50% |
| JOYFUL PROCESS | 50% |
| KEEP ME BURNIN' | 25% |
| LET'S MAKE IT LAST | 50% |
| LET'S TAKE IT TO THE PEOPLE | 33.33% |
| LET'S TSKE IT TO THE STAGE | 25% |
| LOOSE BOOTY | 50% |
| MAGGOT BRAIN | 50% |
| MARCH TO THE WITCHES CASTLE | 100% |
| MISS LUCIFERS LOVE | 50% |

| | |
|---|---|
| MOMMY, WHAT'S A FUNKADELIC? | 50% |
| MUSIC FOR MY MOTHER | 33.33% |
| NAPPY DUGOUT | 33.33% |
| NEVER GONNA TELL IT | 50% |
| NO COMPUTE | 50% |
| NO HEAD, NO BACKSTAGE PASS | 50% |
| PUSSY | 33.33% |
| QUALIFY AND SATISFY | 50% |
| SEXY WAYS | 50% |
| SOME MORE | 50% |
| SONG IS FAMILIAR | 25% |
| STANDING ON THE VERGE OF GETTING IT ON | 50% |
| STUFF N' THANGS | 50% |
| SUPERSTUPID | 25% |
| TAKE YOUR DEAD ASS HOME | 25% |
| OPUSDELITE YEARS | 25% |
| TALES OF KIDD FUNKADELIC | 25% |
| THAT WAS MY GIRL | 50% |
| TRASH A GO-GO | 100% |
| UNDISCO KIDD | 33.33% |
| VITAL JUICES | 100% |
| WAKE UP | 25% |
| WARS OF ARMEGEDDON | 25% |
| WE HURT TOO | 33.33% |
| WHAT IS SOUL? | 50% |
| WHATEVER MAKES BABY FEEL GOOD | 50% |
| YOU AND YOUR FOLKS, ME AND MY FOLKS | 25% |
| YOU HIT THE NAIL ON THE HEAD | 33.33% |
| ALL OR NOTHIN' | 33.33% |
| CLOCK WORK | 25% |
| SLINGSHOT | 25% |
| YOU ALWAYS BREAK MY HEART | 33.33% |

SCHEDULE "C"

ACUPUNCTURE
ADOLESCENT FUNK
AGONY OF DA' FEET
AMOUROUS
ARE YOU DREAMING
BIG BANG THEORY
BIG FOOTIN'
BIRD IN THE HAND
BIRDIE
BLACK HOLE THEME
BODY LANGUAGE
BOTTY SNATCHERS
BOP GUN (ENDANGERED SPECIES)
BRETTINO'S BOUNCE
CATCH A KEEPER
CHANT
CHILDREN OF PRODUCTION
CHOCOLATE CITY
CHOLLY-FUNK GETTIN' READY TO ROLL
COLOURE ME FUNKY
COMIN' ROUND THE MOUNTAIN
COOKIE JAR
CRUSH YOU
CINDERALLA THEORY
DISCO TO GO
DIDN'T MEAN TO FALL IN LOVE
DO THAT STUFF
DOG IS MAN'S BEST FRIEND
DOG TALK DOGGED HER OUT
DON'T EVER STOP LOVIN' ME NEEDIN' ME
DOUBLE OH-OH
DR. FUNKENSTEIN
ELECTRIC SPANKING OF WAR BABIES
ELECTRO CUTIES
EVERYTHING IS ONE THE ONE
FANTASY IS REALITY
FLASHLIGHT
FOOT SOLDIERS
FRANTIC MOMENT
FREAK OF THE WEEK
FREEZE (SIZZALEEMEAN)
FUNK GETS STRONGER
FUNK UNTIL THE EDGE OF TIME
FUNKENTELECHY
FUNKIN' FOR FUN
GAMIN' ON YA
GENERATOR POP
GETTING TO KNOW YOU

GIVE UP THE FUNK (TEAR THE ROOF OFF THE SUCKER)
GLORYHALLASSTOOPID
GOOSE
GROOVALLEGANCE
H. CODSELL ( MOTOR BOOTY AFFAIR)
HANDCUFFS
HAPPY TO HAVE HAPPINESS ON YOUR SIDE
HARDCORE JOLLIES
HELP FROM MY FRIENDS
HOLLY WANTS TO GO TO CALIFORNIA
HOTEL ETERNITY
HUFF N' PUFF
HYDRAULIC PUMP
IF YOU'VE GOT FUNK YOU'VE GOT STYLE
I CAN MOVE YOU IF YOU LET ME
I'M HOLDING YOU RESPONSIBLE
I'VE BEEN WATCHING YOU (THE WAY YOU MOVE YOUR SEXY BODY)
ICKA PRICK
IF IT DON'T FIT DON'T FORCE IT
I'M MO BE HITTIN' IT
INTO YOU
JUST LIKE YOU
LANDING OF THE HOLY MOTHERSHIP
LET ME BE
LET'S PLAY HOUSE
LIQUID SUNSHINE
LONGER WAY AROUND
LOVE AMNESIA
LUNCHMEATAPHOBIA (THINK, IT AIN'T ILLEGAL YET)
MAY WE BANG YOU?
MISUNDERSTANDING
MOTHER MAY I ?
MOTHERSHIP CONNECTION
MR. MELODY MAN
MR. WIGGLES
NAPPY
NEVER BUY TEXAS FROM A COWBOY
NEW DOO REVIEW
NIGHT OF THE THUMPASAUROUS PEOPLE
NO RUMP TO BUMP
NOT JUST KNEE DEEP
OH I
ONE OF THOSE SUMMERS
ONE NATION UNDER A GROOVE
ONE OF THOSE FUNKY THANGS
P-FUNK WANTS TO GET FUNKED UP
PARTY PEOPLE
PARTY UP IN HERE
PEAK A GROOVE
PLACEBO SYNDROME
PLAY ME OR TRADE ME
PLEASURE PRINCIPLE
PLEASURES OF EXHAUSTION

PRELUDE
PRESENCE OF A BRAIN
PROMENTALSHITBACKWASHPSYCHOSISENEMASQUAD (DOO-DOO CHASERS)
PUT YOUR OWN PUZZLE TOGETHER
RIDE ON
RIDING HIGH
RUMPOFSTEELSKIN
SHE LOVES YOU
SHE'S GOT IT GOIN' ON
SHOCKWAVES
SIDE EFFECTS
SIR NOSE D'VOID OF FUNK (PAY ATTENTION 3 BLIND MICE)
SMOKEY
SO GOES THE STORY
SOMETHIN' DUMB
SOUL MATE
SUPERGROOALISTICPROSIFUNKSTICATION
THERE I GO AGAIN
THIS IS THE WAY WE FUNK WITH YOU
TOGETHER
TROMBIPULATION
UNCLE JAM WANTS YOU
UNFUNKY UFO'S
UP FOR THE DOWNSTROKE
WARSHIP TOUCHANTE
WE DANCE SO GOOD TOGETHER
WHAT ABOUT IT?
WHAT COMES FUNKY
WHEN YOU'RE GONE
WHO SAYS A FUNK BAND ( CAN'T PLAY ROCK)
WHY SHOULD I DOG YOU OUT?
WIZARD OF FINANCE
WOLF TICKETS
YOU GOTTA TAKE CHANCES
YOU MAKE ME HAPPY (YOU GOT THE LOVE I NEED)
YOU'RE A FISH AND I'M A WATERSIGN
YOU'RE LEAVING
YOU SCARED THE LOVIN' OUTTA ME