# EXHIBIT 11

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | Paul H. Duvall (SBN 73699)<br>E-Mail: pduvall@kingballow.com<br>**KING & BALLOW**<br>6540 Lusk Blvd., Suite 250<br>San Diego, CA 92121<br>(858) 597-6000 Facsimile: (858) 597-6008<br><br>Mark L. Block (SBN 115457)<br>E-Mail: mblock@wargofrench.com<br>**WARGO FRENCH LLP**<br>1888 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>(310) 853-6300 Facsimile: (310) 853-6333<br><br>Attorneys for Defendants<br>Armen Boladian, Westbound Records, Inc., and<br>Sync2Picture, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| GEORGE CLINTON,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NENE MONTES, an individual and d/b/a TERCER MUNDO, INC., a suspended Cal. Corp, CHARLY ACQUISITIONS, LTD, a Nevis private company, LICENSEMUSIC.COM, ApS, a Denmark private company, ARMEN BOLADIAN, an individual, WESTBOUND RECORDS, INC., a Mich. Corp., ACE RECORDS, LTD, a United Kingdom private company, UNION SQUARE MUSIC, LTD, a United Kingdom private company, SNAPPER MUSIC, LTD, a United Kingdom private company, ATOM MUSIC, LTD, an Ireland private company, ARTISTRY MUSIC, LTD, a United Kingdom private company, SYNC2PICTURE, LLC, a Mich. limited liability company, X5 MUSIC GROUP, a Sweden private company,<br><br>　　　　　　　　Defendants. | Case No. CV 11-10062-R (SH)<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br><br><br><br><br>Date:　　January 7, 2013<br>Time:　　11:00 a.m.<br>Judge:　　Hon. Manuel L. Real<br>Courtroom: 8- 2nd Floor |

1
[PROPOSED] ORDER

On January 7, 2013, the Court conducted an Order to Show Cause hearing why this action should not be dismissed for lack of prosecution. Paul H. Duvall, counsel for Defendants Armen Boladian, Westbound Records, Inc., and Sync2Picture, LLC was present and John J. Lucas, new counsel for Plaintiff, George Clinton, was present substituting in as attorney of record instead of Larry H. Clough. Larry H. Clough was not present.

IT IS HEREBY ORDERED:

1. The Complaint is dismissed without prejudice and the dismissal does not affect the tolling of any and all applicable statutes of limitation; and

2. Plaintiff has thirty days leave from January 7, 2013, to file an Amended Complaint.

Dated this 25th day of January, 2013   _____
Honorable Manuel L. Real,
United States District Judge

2
[PROPOSED] ORDER