IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE CLINTON,

    *Plaintiff,*

v.                        Case No. 4:25cv108-MW/MJF

ARMEN BOLADIAN;
BRIDGEPORT MUSIC, INC.;
WESTBOUND RECORDS, INC.;
NINE RECORDS, INC.;
SOUTHFIELD MUSIC, INC.; AND
EASTBOUND RECORDS, INC.,

    *Defendants.*
_____/

## DECLARATION OF RICHARD S. BUSCH IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

I, Richard S. Busch, hereby declare as follows:

1. I am a partner at King & Ballow, and counsel of record for Defendants Armen Boladian, Bridgeport Music, Inc., Westbound Records, Inc., Nine Records, Inc., Southfield Music, Inc., and Eastbound Records, Inc. in this action.

2. I make this Declaration from my personal knowledge, and if called upon to testify, I could and would competently testify to the facts set forth below. I make this declaration in support of *Defendants' Motion for Sanctions Pursuant to*

1

*Rule 11 of the Federal Rules of Civil Procedure and Memorandum of Law in Support*.

3. Attached hereto as **Exhibit 1** is a true and correct copy of George Clinton's 1984 Bankruptcy Petition and Schedules.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the *Clinton, et al. v. Boladian, et al.* Complaint filed in the United States District Court for The Northern District of Florida, Case No. 99-cv-242.

5. Attached hereto as **Exhibit 3** is a true and correct copy of this Court's Order in Case No. 99-cv-242, Document 51, regarding Summary Judgment.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of trial proceedings, January 29, 2001, in Case No. 99-cv-242.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Entry of Dismissal filed by the United States Court of Appeals for the Eleventh Circuit in Case No. 01-11020 and subsequently filed with this Court in Case No. 99-cv-242, Document 85.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Order of this Court Denying Mr. Clinton's Motion to Vacate Judgment, entered in Case No. 99-cv-242, Document 96.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an Order to Show Cause Why Rule 11 Sanctions Should Not Be Imposed, entered in Case No. 99-cv-242, Document 102.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the deposition transcript of George Clinton taken May 10, 2019, in Case No. BC 576665.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the deposition transcript of George Clinton taken June 10, 2002, in Case No. 3:01-0412.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the *Clinton v. Boladian, et al.* Complaint filed in the United States District Court for the Central District of California, Case No. 11-cv-10062, Document 1.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the Order Dismissing Complaint, entered in Case No. 11-cv-10062, Document 64.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Rule 11 Sanctions letter from Boladian/Westbound's counsel dated December 19, 2012, with Exhibits, addressed to counsel for George Clinton regarding Case No. 11-cv-10062.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the Amended Complaint filed in the United States District Court for the Central District of California, Case No. 11-cv-10062, Document 65.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a letter from Boladian/Westbound's counsel dated December 31, 2012, addressed to counsel for George Clinton regarding Case No. 11-cv-10062.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the Order Granting Defendants' Motion to Dismiss with Prejudice, entered in Case No. 11-cv-10062, Document 87.

18. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from Defendant Thang, Inc. and George Clinton's Motion for Summary Judgment, filed in the United States District Court for the Eastern District of Michigan, Case No. 22-cv-11009, ECF No. 134.

19. Attached hereto as **Exhibit 17** is a true and correct copy of emails exchanged between myself and Éviealle Dawkins on April 22, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2025.

*/s/ Richard S. Busch*
Richard S. Busch