# EXHIBIT 5

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

May 14, 2001

Robert A. Mossing
Clerk, U.S. District Court
United States District Court
U.S. Courthouse
111 N. Adams Street
Tallahassee FL 32301-7717

RE: 01-11020-HH       George Clinton v. Armen Boladian
DC DKT NO.: 99-00242 CV-4-RH

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on <u>May 10, 2001</u>.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Sandra Stevens (404) 335-6177

Encl.

01 MAY 16 PM 1:01

DIS-2CIV (2-2000)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 01-11020-HH

GEORGE CLINTON, Plaintiff-Counter-Defendant, MALBIZ MUSIC,

Plaintiff-Appellant,

versus

ARMEN BOLADIAN,

Defendant-Appellee.

Appeal from the United States District Court for the

Northern District Of Florida

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because appellant has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective this 14th day of May, 2001.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Sandra Stevens
Deputy Clerk

FOR THE COURT - BY DIRECTION

01 MAY 16 PM 1:01

KB

ORD-40