# EXHIBIT 8

## DEPOSITION OF GEORGE CLINTON, VOL. I

```
 1        SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2              FOR THE COUNTY OF LOS ANGELES
 3
 4
 5   ARMEN BOLADIAN, AN            )
     INDIVIDUAL, BRIDGEPORT        )
 6   MUSIC, INC., A MICH. CORP.;   )
     AND WESTBOUND RECORDS, INC.,  )
 7   A MICH. CORPORATION,          )
                                   )
 8             PLAINTIFFS,         )
                                   )
 9     VS.                         )  CASE NO. BC 576665
                                   )
10   GEORGE CLINTON, AN            )
     INDIVIDUAL,                   )
11                                 )
               DEFENDANT.          )
12   _____)
13
14
15                   VOLUME I
16
17
18       DEPOSITION OF GEORGE CLINTON, TAKEN
19       ON BEHALF OF THE PLAINTIFFS, AT 1999
20       AVENUE OF THE STARS, SUITE 1100,
21       LOS ANGELES, CALIFORNIA, COMMENCING
22       AT 9:41 A.M., FRIDAY, MAY 10, 2019,
23       BEFORE KELLI C. NORDEN, CSR NUMBER
24       7200.
25
                                                    2
```



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11835 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GEORGE CLINTON, VOL. I

```
13:33:44   1              GO AHEAD.
13:33:44   2   BY MR. BUSCH:
13:33:51   3       Q.   OKAY.  ARE YOU FAMILIAR -- LET ME -- LET
13:33:56   4   ME BACK UP ONE SECOND.
13:33:58   5              NOW, THAT WAS NOT THE FIRST TIME WHERE
13:34:07   6   YOU HAVE NOT TOLD THE TRUTH UNDER OATH, IS IT?
13:34:10   7       A.   I DON'T EVEN KNOW IF THAT'S WHAT THAT --
13:34:12   8   WHAT THIS IS.  I HAVE NO IDEA WHAT YOU'RE TALKING
13:34:14   9   ABOUT.  WHAT --
13:34:16  10       Q.   WELL, YOU SEE THE -- YOU SEE WHERE THE
13:34:18  11   JUDGE THAT HE --
13:34:18  12       A.   I DON'T REMEMBER --
13:34:19  13       Q.   -- CONCLUDES --
13:34:19  14       A.   -- THIS.
13:34:19  15       Q.   -- THAT YOUR TESTIMONY:
13:34:21  16             "INCLUDES TESTIMONY WHICH THE
13:34:21  17         COURT DOES NOT ACCEPT AS TRUE,
13:34:23  18         INCLUDING SOME TESTIMONY WHICH THE
13:34:25  19         COURT CONCLUDES WAS NOT ERRONEOUS
13:34:28  20         THROUGH ONLY INADVERTENCE."
13:34:30  21             YOU SEE HE SAYS THOSE WORDS?
13:34:32  22       A.   YEAH, HE SAID THAT.
13:34:33  23       Q.   NOW, IN -- YOU ARE AWARE OF A LAWSUIT
13:34:36  24   THAT YOU FILED AGAINST ARMEN BOLADIAN AND BRIDGEPORT
13:34:40  25   MUSIC IN 1999 IN FEDERAL COURT IN FLORIDA; CORRECT?
```

166



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11835 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GEORGE CLINTON, VOL. I

```
13:34:44   1         A.   YEAH.
13:34:45   2         Q.   OKAY.  AND IN THAT CASE, YOU TESTIFIED
13:34:51   3    THAT PRIOR TO ASSIGNING THE COMPOSITIONS OWNED BY
13:34:57   4    MALBIZ TO BRIDGEPORT MUSIC, YOU HAD GIVEN MALBIZ TO
13:35:03   5    YOUR THEN WIFE, STEPHANIE CLINTON; SO THEREFORE, YOU
13:35:08   6    DID NOT HAVE THE AUTHORITY TO ENTER INTO THE DEAL
13:35:10   7    WITH BRIDGEPORT MUSIC.
13:35:11   8              YOU SAID THAT; CORRECT?
13:35:13   9         A.   I SAID THAT MISTAKENLY.  MY LAWYERS
13:35:17  10    ADVISED ME TO SAY THAT.  I DIDN'T AGREE WITH THEM
13:35:19  11    THEN, BUT I SAID IT, YES.
13:35:21  12         Q.   AND YOU'VE ADMITTED IN TESTIMONY -- IN
13:35:23  13    FACT, IN QUESTIONING WHEN I ASKED YOU QUESTIONS BACK
13:35:25  14    IN 2002 ABOUT IT, YOU ADMITTED THAT YOU HAD
13:35:28  15    COMMITTED PERJURY WHEN YOU -- WHEN YOU GAVE THAT
13:35:30  16    TESTIMONY?
13:35:30  17         A.   I SAID -- I SAID YES, MY LAWYER TOLD ME
13:35:32  18    TO DO IT, AND I SAID IT.  AND I SAID THAT THEN.
13:35:35  19         Q.   OKAY.  WHY DID YOU SAY IT IF IT WASN'T
13:35:41  20    TRUE?
13:35:41  21         A.   BECAUSE MY LAWYER TOLD ME TO SAY IT.
13:35:43  22         Q.   AND IF YOUR LAWYER TELLS YOU TO DO
13:35:44  23    SOMETHING, YOU DO IT EVEN --
13:35:44  24         A.   I WON'T NO MORE.
13:35:45  25         Q.   -- IF IT'S FALSE?
```

167



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11835 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com