# EXHIBIT 9

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION
CASE NO.: 3:01-0412

BRIDGEPORT MUSIC, INC., et al.,
    Plaintiffs,
vs.

DIMENSION FILMS, et al.,
    Defendants.

COPY

| | |
|---|---|
| VIDEOTAPED DEPOSITION OF: | GEORGE E. CLINTON, JR. |
| TAKEN AT THE INSTANCE OF: | The Plaintiffs |
| DATE: | June 10, 2002 |
| TIME: | Commenced at 9:20 a.m.<br>Concluded at 5:00 p.m. |
| LOCATION: | 100 Salem Court<br>Tallahassee, FL |
| REPORTED BY: | CHRISTI K. COLE<br>Certified Court Reporter<br>Notary Public-Florida<br>(850)-878-2221 |

VOLUME I (Pages 1 through 91)

ACCURATE STENOTYPE REPORTERS, INC.
100 SALEM COURT
TALLAHASSEE, FLORIDA 32301
(850) 878-2221

ACCURATE STENOTYPE REPORTERS, INC.

BY MR. BUSCH:

Q   I mean, do you read contracts that you sign?

A   I do now.

Q   So you're saying at one point you never read contracts that you signed?

A   Probably, yes.

MR. BOWEN:   Objection to the form.

BY MR. BUSCH:

Q   Okay. Do you know whether you, in fact, signed any agreement whereby you gave up any interest in Rubber Band Music?

A   No, I don't.

Q   All right. Malbiz Music, Inc., you said that was formed in '67, '66, somewhere in that neighborhood?

A   Uh-huh.

Q   Is that a publishing company?

A   Yes.

Q   Do you own any interest in Malbiz Music, Inc. today?

A   That's what the courts say, but I don't -- what did I say? The courts say I don't but I say I do.

Q   Okay. Are you the sole owner of Malbiz Music, Inc.?

A   I will tell you this, what my lawyer told me to say.

```
 1            MS. CONWAY:  You can't testify as to what we
 2       have talked about.
 3            THE WITNESS:  I ain't talking about you.
 4            MS. CONWAY:  Oh, okay.
 5  BY MR. BUSCH:
 6       Q    Go ahead.
 7       A    I'm not talking about you.
 8            MS. CONWAY:  Okay.  Do you want to identify
 9       who you're talking about?
10            THE WITNESS:  Don Wilson, my ex-lawyer.
11  BY MR. BUSCH:
12       Q    Right.
13       A    Against my wishes said -- stated that I
14  should say that I gave it to my wife.
15       Q    In fact, you never did give it to your wife?
16       A    No.
17       Q    So you committed perjury then in federal
18  court --
19       A    Yes.
20       Q    -- when you testified --
21       A    Yes.
22       Q    -- that you gave it to your wife?
23            MR. BEITER:  I object to the form.
24            THE WITNESS:  And we filed charges against
25       him, and I have to take -- suffer the
```

```
 1              consequences.
 2  BY MR. BUSCH:
 3      Q    So you knowingly testified in open court
 4  that, in fact, you gave Malbiz Music to your wife when,
 5  in fact, you did not, is that correct?
 6           MR. BEITER:  I object to the form; and asked
 7      and answered.
 8  BY MR. BUSCH:
 9      Q    Go ahead.  Go ahead.
10      A    Yes, I said that.
11           THE VIDEOGRAPHER:  We need to stop and switch
12      tapes.
13           MS. CONWAY:  Let's make this a lunch break.
14      It's already almost noon.
15           MR. BUSCH:  I would like to just go through
16      the various -- the rest of the companies and then
17      we can do that if you want to.
18           MR. BEITER:  How long is this going to take?
19           MR. BUSCH:  Not very much longer to just go
20      through the rest of these companies.
21           MR. BOWEN:  You told him he could take a
22      break when he wanted to.
23           MR. BUSCH:  He didn't say he wanted a break.
24           THE WITNESS:  I do.
25           (Lunch recess.)
```