# EXHIBIT 14

KING & BALLOW
LAW OFFICES
6540 LUSK BOULEVARD
SUITE 250
SAN DIEGO, CALIFORNIA 92121

TELEPHONE: 858/597-6000
FACSIMILE: 858/597-6008

www.kingballow.com

December 31, 2012

*Via E-mail and Overnight FedEx*
*jlucas@stroock.com*

John J. Lucas, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East; 16th Floor
Los Angeles, CA 90067-3086

    Re:    *George Clinton v. Nene Montes, et al.*
             Case No. CV 11-10062-R (SH)

Dear Mr. Lucas:

    I am writing to confirm our discussion during our meeting. First, you confirmed that you read my letter of December 19, 2012, and plaintiff is no longer pursuing any claims against my clients regarding the Westbound master recordings that Mr. Clinton recorded for Mr. Boladian and Westbound Records. Instead, you advised that you intend to amend the Complaint only to seek enforcement of Judge Real's Order concerning the so called Warner masters that were the subject of the aforementioned Order. As I told you, however, and as I want to make clear, my clients have never claimed ownership of those master recordings, so there is no reason to sue them in order to enforce anything. We assume, based upon our conversation, that you intend to allege that Sync2Picture and/or other potential defendants have been licensing the so called Warner Masters and are therefore liable for copyright infringement. That claim is also baseless. As your clients know full well, those master recordings have not been licensed or sold. There have been new recordings made of certain songs for which Bridgeport Music, Inc., owns the underlying compositions. There is nothing improper at all about the creation of new recordings by a publisher or third parties with a publisher's permission, and any claim for copyright infringement would, therefore, be as frivolous as the other claims previously raised in this action.

NASHVILLE OFFICE:
1100 UNION STREET PLAZA · 315 UNION STREET · NASHVILLE, TENNESSEE 37201 · TELEPHONE: 615/259-3456 · FACSIMILE: 615/254-7907

Mr. Lucas
December 31, 2012
Page 2

    As you know, we intend to file a Rule 11 motion regarding the baseless and factually fabricated claims brought against my clients in the current Complaint. I strongly suggest that you do a thorough investigation of the new claims you said you intend to raise before substituting into this case and doing so. We will hold you responsible if you do otherwise.

Very truly yours,

Paul H. Duvall

PHD:sj
cc: Larry H. Clough, Esq.
    Via Email and Overnight FedEx
    lhclough@sbcglobal.net