# EXHIBIT 17

| | |
|---|---|
| **From:** | Richard Busch |
| **To:** | "Eviealle Dawkins" |
| **Cc:** | Eli Hare; Mitch Laing; Gabrielle Higgins; Barry Richard; David M. Niemierzycki; Drew H. Davis; Seth Mumy; Debra F. Stabler; Sherie Johnson |
| **Subject:** | RE: [EXTERNAL] Clinton v. Boladian et. al., 4:25-cv-00108-MW-MJF - Amended Complaint |
| **Date:** | Tuesday, April 22, 2025 4:54:11 PM |

Eviealle: We need to meet and confer before you can amend and we have not met and conferred. We will be serving you with the Rule 11 motion tomorrow on the operative Complaint, and we will oppose any Amendment due to the lack of meet and confer. Furthermore, your filing of an Amended Complaint before seeing our Rule 11 motion, which you knew was coming tomorrow, will open you up to further sanctions for vexatiously multiplying the proceedings. You need to wait until seeing all of the grounds for our motion before filing an Amended Complaint, or seeking leave to do so, if you do not want us to bring that motion against you and the Crump firm. Should you nonetheless seek leave without meeting and conferring, and in light of what I have said in this email chain, we will advise the Court of all of this. You and your colleagues clearly did no investigation or research before launching this Complaint if it took the filing of a notice of related case for you to know about the prior case. And as you will see tomorrow, it is not the only prior case that renders your claims frivolous, and it is not the only grounds upon which all of your claims fail.

Thank you,

Richard

---

**From:** Eviealle Dawkins <edawkins@dicellolevitt.com>
**Sent:** Tuesday, April 22, 2025 2:14 PM
**To:** Richard Busch <rbusch@kingballow.com>
**Cc:** Eli Hare <ehare@dicellolevitt.com>; Mitch Laing <mlaing@dicellolevitt.com>; Gabrielle Higgins <gabrielle@bencrump.com>; Barry Richard <barryrichard@barryrichard.com>; David M. Niemierzycki <dNiemierzycki@kingballow.com>; Drew H. Davis <ddavis@kingballow.com>; Seth Mumy <smumy@kingballow.com>; Debra F. Stabler <dstabler@kingballow.com>; Sherie Johnson <sjohnson@kingballow.com>
**Subject:** Re: [EXTERNAL] Clinton v. Boladian et. al., 4:25-cv-00108-MW-MJF - Amended Complaint

Richard,

Based on the issues raised in the Notice of Prior Related Case and your Motion for Extension of Time we determined that there were grounds to amend the Complaint and have amended. We believe this cures the issues you intend to raise in regard to Rule 11. Attached is a copy of the Amended Complaint that we intend to file tomorrow. Please let us know by midday tomorrow if Defendants will consent or if Plaintiff will need to seek leave from the Court.

As a separate issue, we still need to schedule our Rule 26 meeting to discuss any discovery related issues. We would like to have that conference on Thursday or Friday of this week per the Court's Initial Scheduling Order which requires that we conference within 30 days from the order. Please let us know your availability.

Thank you,



Éviealle J. Dawkins

**DICELLO LEVITT**

801 17th Street, NW

Suite 430

Washington, D.C. 20006

202.975.2288

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

**From:** Richard Busch <rbusch@kingballow.com>
**Sent:** Tuesday, April 22, 2025 4:12 PM
**To:** Eviealle Dawkins <edawkins@dicellolevitt.com>
**Cc:** Eli Hare <ehare@dicellolevitt.com>; Mitch Laing <mlaing@dicellolevitt.com>; Gabrielle Higgins <gabrielle@bencrump.com>; Barry Richard <barryrichard@barryrichard.com>; David M. Niemierzycki <dNiemierzycki@kingballow.com>; Drew H. Davis <ddavis@kingballow.com>; Seth Mumy <smumy@kingballow.com>; Debra F. Stabler <dstabler@kingballow.com>; Sherie Johnson <sjohnson@kingballow.com>
**Subject:** Re: [EXTERNAL] Clinton v. Boladian et. al., 4:25-cv-00108-MW-MJF - Amended Complaint

Evialle, I am confused. I did not raise any issues as of yet. I will tell you, however, that our position is that all of your allegations and claims are frivolous and sanctionable for numerous reasons. The only communication we have had is the email where you asked

for a Rule 26 meeting and I advised that it should wait until you receive and review the Rule 11 motion we intend to serve on you and the Crump Firm Wednesday (tomorrow). We still intend to serve that on you both tomorrow as that will inform the meet and confer we then have. We can then discuss any potential Amended Complaint at that time when we have our meet and confer on all issues.

Thank you,

Richard

Get Outlook for iOS

---

**From:** Eviealle Dawkins <edawkins@dicellolevitt.com>
**Sent:** Tuesday, April 22, 2025 1:04:49 PM
**To:** Richard Busch <rbusch@kingballow.com>
**Cc:** Eli Hare <ehare@dicellolevitt.com>; Mitch Laing <mlaing@dicellolevitt.com>; Gabrielle Higgins <gabrielle@bencrump.com>; Barry Richard <barryrichard@barryrichard.com>; David M. Niemierzycki <dNiemierzycki@kingballow.com>; Drew H. Davis <ddavis@kingballow.com>; Seth Mumy <smumy@kingballow.com>; David M. Niemierzycki <dNiemierzycki@kingballow.com>; Debra F. Stabler <dstabler@kingballow.com>; Sherie Johnson <sjohnson@kingballow.com>
**Subject:** [EXTERNAL] Clinton v. Boladian et. al., 4:25-cv-00108-MW-MJF - Amended Complaint

Mr. Bush,

We intend to file an Amended Complaint in this matter that addresses the issues you've raised in this matter. Please let us know if Defendants will consent to the filing or if Plaintiff will need to seek leave from the Court to file the Amended Complaint. If Defendants will not consent, please inform us of a time that you are available to discuss today or tomorrow morning pursuant to Local Rule 7.1(B)

Thank you,

    Éviealle J. Dawkins

    **DICELLO LEVITT**

    801 17th Street, NW

    Suite 430

    Washington, D.C. 20006

    202.975.2288

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.